# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 14-1952          **Short Title:** Lopez v. City of Lawrence

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

see attached sheet _____ as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)


/s/ Harold Lichten _____          September, 29, 2014 _____
Signature                                                                      Date

Harold Lichten _____
Name

Lichten & Liss-Riordan, P.C. _____          617.994.5800 _____
Firm Name (if applicable)                                         Telephone Number

729 Boylston St. Suite 2000 _____          617.994.5801 _____
Address                                                                        Fax Number

Boston, MA 02116 _____          hlichten@llrlaw.com _____
City, State, Zip Code                                              Email (required)

Court of Appeals Bar Number: ___22114___

Has this case or any related case previously been on appeal?

[ x ] No          [ ✓ ] Yes   Court of Appeals No   _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## List of Plaintiff-Appellants

| | |
|---|---|
| Obed Almeyda | David E. Melvin |
| Robert Alvarez | Steven Morgan |
| Lamont Anderson | Charisse Brittle Powell |
| Shumean Benfold | Courtney A. Powell |
| Rodney O. Best | Lynette4 Praileau |
| Richard Brooks | Juan Rosario |
| Gwendolyn Brown | Louis Rosario, Jr. |
| James Brown | Molwyn Shaw |
| Abel Cano | David Singletary |
| George Cardoza | Kevin Sledge |
| Eddy Chrispin | Tyrone Smith |
| Cathenia D. Cooper-Patterson | Spencer Tatum |
| Lynn Davis | Julio M. Toledo |
| Charles DeJesus | Julian Turner |
| Larry Ellison | Karen Vandyke |
| Delores E. Facey | Lisa Venus |
| Kenneth Gaines | Devon Williams |
| Murphy Gregory | Angela Williams-Mitchell |
| Neva Grice | Robert C. Young |
| William E. Iraolo | |
| James A. Jackson | |
| Gloria Kinkead | |
| Roylilne Lamb | |
| Pedro Lopez | |
| Jose Lozano | |
| MA Hispanic Law Enforcement Association | |