No. 14-1952

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

PEDRO LOPEZ, et al.
Plaintiffs-Appellants,
v.
THE CITY OF LAWRENCE, et al.
Defendants-Appellees

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Lisa Skehill Maki as an attorney for the Defendant-Appellee, City of Boston, in the above-captioned matter.

Respectfully submitted,
DEFENDANT-APPELLEE, CITY OF BOSTON

**CERTIFICATE OF SERVICE**

Eugene O'Flaherty,
Corporation Counsel

I hereby certify that on this day, a copy of this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By its attorney,

/s/ Lisa Skehill Maki
Lisa Skehill Maki, BBO # 675344
First Circuit Court of Appeals No. 1140641
Senior Assistant Corporation Counsel
City of Boston Law Department
One City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4022
Lisa.Maki@boston.gov

9/30/14     /s/ Lisa Skehill Maki
Date          Lisa Skehill Maki