# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

**No.** 14-1952     **Short Title:** Lopez, et al. v. City of Lawrence, et al.

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from Sept. 5, 2014
   2. Date this notice of appeal filed Sept. 9, 2014
      If cross appeal, date first notice of appeal filed
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) n/a
   4. Date of entry of order deciding above post-judgment motion n/a
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) n/a
      Time extended to n/a

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [✓] Yes    [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes    [ ] No
         If yes, explain
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes    [ ] No
         If yes, explain

C. Has this case previously been appealed?  [✓] Yes    [ ] No
   If yes, give the case name, docket number and disposition of each prior appeal
   Lopez, et al. v. Comm., et al. NO. 09-1664, reversed interlocutory order of the Dist. Ct. and dismissed state defendants

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes    [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party _see additional pages_
   Attorney
   Address
   Telephone

2. Adverse party
   Attorney
   Address
   Telephone

3. Adverse party
   Attorney
   Address
   Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name _see additional pages_
   Address
   Telephone

   Attorney's name
   Firm
   Address
   Telephone

2. Appellant's name
   Address
   Telephone

   Attorney's name
   Firm
   Address
   Telephone

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Harold Lichten
Date       September 30, 2014

## List of Plaintiffs-Appellants

| | |
|---|---|
| Obed Almeyda | Lynette Praileau |
| Robert Alvarez | Juan Rosario |
| Lamont Anderson | Louis Rosario, Jr. |
| Shumean Benfold | Molwyn Shaw |
| Rodney O. Best | David Singletary |
| Richard Brooks | Kevin Sledge |
| Gwendolyn Brown | Tyrone Smith |
| James Brown | Spencer Tatum |
| Abel Cano | Julio M. Toledo |
| George Cardoza | Julian Turner |
| Eddy Chrispin | Karen Vandyke |
| Cathenia D. Cooper-Patterson | Lisa Venus |
| Lynn Davis | Devon Williams |
| Charles DeJesus | Angela Williams-Mitchell |
| Larry Ellison | Robert C. Young |
| Delores E. Facey | |
| Kenneth Gaines | **Represented by:** |
| Murphy Gregory | |
| Neva Grice | Harold L. Lichten |
| William E. Iraolo | Lichten & Liss-Riordan, P.C. |
| James A. Jackson | 729 Boylston St. |
| Gloria Kinkead | Boston, MA 02116 |
| Roylilne Lamb | (617) 994-5800 |
| Pedro Lopez | hlichten@llrlaw.com |
| Jose Lozano | |
| MA Hispanic Law Enforcement Association | Stephen Churchill |
| David E. Melvin | Fair Work, P.C. |
| Steven Morgan | 192 South Street, Suite 450 |
| Charisse Brittle Powell | Boston, MA 02111 |
| Courtney A. Powell | 617-607-3262 (direct) |
| | steve@fairworklaw.com |

## List of Defendants-Appellees

City of Lawrence
John Michael Sullivan, Mayor of the City of Lawrence
Represented By:
Richard D'Agostino
Office of the City Attorney
200 Common Street, Rm. 306
Lawrence, MA 01840
978-620-3030

City of Methuen
William Manzi, III, Mayor of Methuen
Represented By:
Michele Randazzo
Kopelman & Paige, P.C.
101 Arch St.
Boston, MA 02110
617-556-0007
mrandazzo@k-plaw.com

City of Lowell
William F. Martin, Mayor of the City of Lowell
Represented By:
Gina Atwood
City of Lowell Law Dept., 3rd Fl.
City Hall
375 Merrimack St.
Lowell, MA 01852
978-970-4050

Appointing Authority for the City of Lowell, pro se
City of Worcester
Konstantina B. Lukes, Mayor of the City of Worcester
Michael O'Brien, City Manager for the City of Worcester
Represented By:
Daniel C. Brown
Collins, Loughran & Peloquin
320 Norwood Park South
Norwood, MA 02062
781-762-2229
dbrown@collinslabor.com

City of Boston
Represented By:
Laurence Donoghue
Morgan, Brown & Joy, LLP
200 State St., 11th Fl.
Boston, MA 02109
617-523-6666
ldonoghue@morganbrown.com

Lisa Skehill Maki
City of Boston Law Dept.
One City Hall Plaza, Rm. 615
Boston, MA 02201
617-635-4022
Lisa.maki@cityofboston.com

City of Springfield
Domenic Sarno, Jr., Mayor of Springfield
Represented By:
Edward M. Pikula
1350 Main St., 15th Fl.
Springfield, MA 01103
413-531-5004
attyemp@aol.com

Harry Carroll
City of Springfield Law Dept.
36 Court St.
Springfield, MA 01103
413-787-6173
hcarrol@springfieldcityhall.com

Maurice M. Cahillane, Jr.
Egan, Flanagan & Cohen, P.C.
67 Market St.
PO Box 9035
Springfield, MA 01102
413-737-0260

William G. Cullinan
Law Office of William G. Cullinan
1350 Main St.
Springfield, MA 01103
413-732-9080

## CERTIFICATE OF SERVICE

    I certify that the foregoing document was served on September 30, 2014, on counsel for the Defendants-Appellees via first-class mail and the Court's CM/ECF notification system.

                                            /s/ Harold Lichten
                                            Harold Lichten, Esq.