# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  Lopez, et al. v. City of Lawrence, et al.
District Court Case No.  1:07-cv-11693-GAO          District of Massachusetts
Date Notice of Appeal filed  9/9/14          Court of Appeals Case No.  14-1952
Form filed on behalf of  Plaintiff-Appellants

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)  see attached sheet

## TRANSCRIPT ORDER

Name of Court Reporter _____
Phone Number of Reporter _____

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

PROCEEDING(S)                                HEARING DATE(S)

☐ Jury Voir Dire
☐ Opening Statement (plaintiff)
☐ Opening Statement (defendant)
☐ Trial
☐ Closing Argument (plaintiff)
☐ Closing Argument (defendant)
☐ Findings of Fact/Conclusions of Law
☐ Jury Instructions
☐ Change of Plea
☐ Sentencing
☐ Bail hearing
☐ Pretrial proceedings (specify) _____
☐ Testimony (specify) _____
☐ Other (specify) _____

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Harold Lichten                    Filer's Signature  /s/Harold Lichten
Firm/Address  729 Boylston St. Ste 2000 Boston, MA 02116    Filer's Email address  hlichten@llrlaw.com
Telephone number  617.994.5800                Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                                SEE INSTRUCTIONS ON REVERSE

# ATTACHMENT

## TRANSCRIPT ORDER FORM -- Lopez v. City of Lawrence, No. 14-1952

**Trial Transcripts**
**Lopez v. City of Lawrence, Civ. A. No. 07-11693-GAO**

| Docket No. | Date | Type of Proceeding |
|---|---|---|
| 258 | 7/22/2010 | Trial Day One – 7/12/2010 |
| 259 | 7/22/2010 | Trial Day Two – 7/13/2010 |
| 260 | 7/22/2010 | Trial Day Three – 7/14/2010 |
| 261 | 7/22/2010 | Trial Day Four – 7/15/2010 |
| 262 | 7/22/2010 | Trial Day Five – 7/16/2010 |
| 263 | 7/22/2010 | Trial Day Six – 7/20/2010 |
| 267 | 7/26/2010 | Trial Day Eight – 7/22/2010 |
| 268 | 7/26/2010 | Trial Day Nine – 7/23/2010 |
| 270 | 7/26/2010 | Trial Day Seven – 7/21/2010 |
| 274 | 7/27/2010 | Trial Day Ten – 7/26/2010 |
| 278 | 7/29/2010 | Trial Day Eleven – 7/28/2010 |
| 279 | 7/29/2010 | Trial Day Twelve – 7/28/2010 |
| 284 | 8/2/2010 | Trial Day Thirteen – 7/29/2010 |
| 296 | 9/21/2010 | Trial Day Fourteen – 9/13/2010 |
| 297 | 9/21/2010 | Trial Day Fifteen – 9/14/2010 |
| 298 | 9/21/2010 | Trial Day Sixteen – 9/15/2010 |
| 300 | 9/21/2010 | Trial Day Seventeen – 9/16/2010 |
| 301 | 9/21/2010 | Trial Day Eighteen – 9/17/2010 |

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing document was served on September 30, 2014, on counsel for the Defendants-Appellees via first-class mail and the Court's CM/ECF notification system.

                                          /s/ Harold Lichten
                                          Harold Lichten, Esq.