No. 14-1952

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

**PEDRO LOPEZ, ET AL.,**

Plaintiffs-Appellants,

v.

**THE CITY OF LAWRENCE, ET AL.,**

Defendants-Appellees.

**ON APPEAL FROM A JUDGMENT IN A CIVIL CASE ENTERED IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2014, a copy of the foregoing Notice of Appearance of Christine P. O'Connor filed though the CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Gina M. Atwood_____
Gina M. Atwood, Assistant City Solicitor

Dated:     October 1, 2014