**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2014, a copy of the foregoing Notice of Appearance of Edward M. Pikula filed though the CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated: October 2, 2014                    Respectfully submitted.

/S/ Edward M. Pikula
_____
Edward M. Pikula, BBO #399770
City Solicitor
CITY OF SPRINGFIELD LAW DEPATMENT
36  ourt Street – Room 210
Springfield, Massachusetts 01103
Telephone:            (413) 787-6085
Telefax:              (413) 787-6173