# United States Court of Appeals
## For the First Circuit

No. 14-1952

PEDRO LOPEZ, Individually and on behalf of a class of individuals similarly situated; ABEL CANO, Individually and on behalf of a class of individuals similarly situated; KEVIN SLEDGE, Individually and on behalf of a class of individuals similarly situated; CHARLES DEJESUS, Individually and on behalf of a class of individuals similarly situated; RICHARD BROOKS, Individually and on behalf of a class of individuals simlarly situated; MA HISPANIC LAW ENFORCEMENT ASSOCIATION, Individually and on behalf of a class of individuals similarly situated; ROBERT ALVAREZ, Individually and on behalf of a class of individuals similarly situated; SPENCER TATUM, Individually and on behalf of a class of individuals similarly situated; SHUMEAND BENFOLD, Individually and on behalf of a class of individuals similarly situated; ANGELA WILLIAMS-MITCHELL, Individually and on behalf of a class of individuals similarly situated; GWENDOLYN BROWN, Individually and on behalf of a class of individuals similarly situated; LYNETTE PRAILEAU, Individually and on behalf of a class of individuals similarly situated; TYRONE SMITH, Individually and on behalf of a class of individuals similarly situated; EDDY CHRISPIN, Individually and on behalf of a class of individuals similarly situated; DAVID E. MELVIN, Individually and on behalf of a class of individuals similarly situated; STEVEN MORGAN, Individually and on behalf of a class of individuals similarly situated; WILLIAM E. IRAOLO, Individually and on behalf of a class of individuals similarly situated; JOSE LOZANO, Individually and on behalf of a class of individuals similarly situated; COURTNEY A. POWELL, Individually and on behalf of a class of individuals similarly situated; JAMES L. BROWN, Individually and on behalf of a class of individuals similarly situated; GEORGE CARDOZA, Individually and on behalf of a class of individuals similarly situated; LARRY ELLISON, Individually and on behalf of a class of individuals similarly situated; DAVID SINGLETARY, Individually and on behalf of a class of individuals similarly situated; CHARISSE BRITTLE POWELL, Individually and on behalf of a class of individuals similarly situated; CATHENIA D. COOPER-PATERSON, Individually and on behalf of a class of individuals similarly situated; MOLWYN SHAW, Individually and on behalf of a class of individuals similarly situated; LAMONT ANDERSON, Individually and on behalf of a class of individuals similarly situated; GLORIA KINKEAD, Individually and on behalf of a class of individuals similarly situated; KENNETH GAINES, Individually and on behalf of a class of individuals similarly situated; MURPHY GREGORY, Individually and on behalf of a class of individuals similarly situated; JULIAN TURNER, Individually and on behalf of a class of individuals similarly situated; NEVA GRICE, Individually and on behalf of a class of individuals similarly situated; DELORES E. FACEY, Individually and on behalf of a class of individuals similarly situated; LISA VENUS, Individually and on behalf of a class of individuals similarly situated; RODNEY O. BEST, Individually and on behalf of a class of individuals similarly situated; KAREN VANDYKE, Individually and on behalf of a class of individuals similarly situated; ROBERT C. YOUNG, Individually and on behalf of a class of individuals similarly situated; ROYLILNE LAMB, Individually and on behalf of a class of individuals similarly situated; LYNN DAVIS, Individually and on behalf of a class of individuals similarly situated; JAMES A. JACKSON, Individually and on behalf of a class of individuals similarly situated; JUAN ROSARIO, Individually and on behalf of a class of

individuals similarly situated; LOUIS ROSARIO, JR., Individually and on behalf of a class of individuals similarly situated; OBED ALMEYDA, Individually and on behalf of a class of individuals similarly situated; DEVON WILLIAMS, Individually and on behalf of a class of individuals similarly situated; JULIO M. TOLEDO, Individually and on behalf of a class of individuals similarly situated

Plaintiffs - Appellants

MARISOL NOBREGA, Individually and on behalf of a class of individuals similarly situated

Plaintiff

v.

CITY OF LAWRENCE, MASSACHUSETTS; CITY OF METHUEN, MASSACHUSETTS; COMMONWEALTH OF MASSACHUSETTS; PAUL DIETL, In his capacity as Personnel Administrator for the Commonwealth of Massachusetts; JOHN MICHAEL SULLIVAN, In his capacity as Mayor of the City of Lawrence, Massachusetts; WILLIAM MANZI, III, In his capacity as Mayor of Metheun, Massachusetts; CITY OF LOWELL; CITY OF WORCESTER, MASSACHUSETTS; APPOINTING AUTHORITY FOR THE CITY OF LOWELL; MICHAEL O'BRIEN, In his capacity as City Manager of the City of Worcester Massachusetts; BOSTON, MA; SPRINGFIELD, MA; DOMENIC J. SARNO, JR., In his capacity as Mayor for the City of Springfield; MA BAY TRANSPORTATION AUTHORITY; DANIEL GRABAUSKAS, In his capacity as General Manager; BOARD OF TRUSTEES, of the Massachusetts Bay Transportation Authority

Defendants - Appellees

WILLIAM F. MARTIN, In his capacity as Mayor of the City of Lowell, Massachusetts; KONSTANTINA B. LUKES, In her capacity as Mayor of the City of Worcester, Massachusetts

Defendants

---

## NOTICE

Issued: October 3, 2014

Our records indicate that the attorneys listed below have not registered for an appellate ECF account in this court. Any attorney who intends to file documents in this case must register immediately with PACER for an appellate ECF Filer account. An attorney who does not intend to file documents but wishes to receive immediate notice of docket activity in this case can select the option "other (not a public filer)" when they register. For more details regarding registration, please go to our website, www.ca1.uscourts.gov, and select "CM/ECF (Electronic Filing)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form may be found on our on our website, www.ca1.uscourts.gov, located under "Forms & Instructions."

**After October 17, 2014, the clerk's office will no longer send notice of court-issued documents to the following attorneys unless they register for an appellate ECF account.**

Richard J D'Agostino
Vinita Ferrera
Mark Daniel Selwyn
Daniel C. Brown
William G. Cullinan
Laurence J. Donoghue
Anne L. Randazzo
Rahsaan D. Hall

Margaret Carter, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Adam Sparrow - (617) 748-9060

cc:
Iraida J. Alvarez
Gina Marie Atwood
Daniel C. Brown
Maurice Martin Cahillane
Harry P. Carroll
Stephen S. Churchill
William G. Cullinan
Richard J D'Agostino
Laurence J. Donoghue
Vinita Ferrera
Rahsaan D. Hall
Harold L. Lichten
John Thomas Liebel
Shannon Liss-Riordan
Lisa Skehill Maki
Kevin Sean McDermott

Robert P. Morris
Tim D. Norris
Christine Patricia O'Connor
Edward M. Pikula
Robert Lawrence Quinan Jr.
Anne L. Randazzo
Michele E. Randazzo
Mark Daniel Selwyn
Sookyoung Shin
Susan M. Weise