# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.**          **Short Title:**

    The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[ ] appellant(s)           [ ] appellee(s)            [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

_____          _____
Signature                                Date

_____
Name

_____          _____
Firm Name (if applicable)                Telephone Number

_____          _____
Address                                  Fax Number

_____          _____
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: _____

Has this case or any related case previously been on appeal?

[ ] No          [ ] Yes   Court of Appeals No._____

=========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

No. 14-1952

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

PEDRO LOPEZ, ET AL.,

Plaintiffs – Appellants,

v.

THE CITY OF LAWRENCE, ET AL.,

Defendants-Appellees.

ON APPEAL FROM A JUDGMENT IN A CIVIL CASE ENTERED IN THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2014, a copy of the foregoing Notice of Appearance of Joshua R. Coleman filed through the CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Joshua R. Coleman
Joshua R. Coleman, Esq.

Dated: October 3, 2014