Case: 14-1952    Document: 00116749452    Page: 1    Date Filed: 10/08/2014    Entry ID: 5858534

# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 14-1952        **Short Title:** Lopez v. City of Lawrence, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

City of Methuen and Appointing Authority for the City of Methuen _____ as the

[ ] appellant(s)         [✓] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)


/s/ Kerry M. Regan                    October 6, 2014
Signature                             Date

Kerry M. Regan
Name

City of Methuen, City Solicitor       978-983-8575
Firm Name (if applicable)             Telephone Number

41 Pleasant Street, Searles Building, Room 311    978-983-8981
Address                                           Fax Number

Methuen, MA 01844                     kmregan@ci.methuen.ma.us
City, State, Zip Code                 Email (required)

Court of Appeals Bar Number: 650849

Has this case or any related case previously been on appeal?

[ ] No        [✓] Yes   Court of Appeals No. 09-1664

======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must submit an application for admission with this form. 1st Cir. R. 46.0(a)(2). Effective January 1, 2010, use of the Case Management/Electronic Case Files (CM/ECF) system is mandatory for all attorneys filing in this court. Counsel may register at http://pacer.psc.uscourts.gov/.

Case: 14-1952     Document: 00116749452     Page: 2     Date Filed: 10/08/2014     Entry ID: 5858534

# No. 14-1952

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

**PEDRO LOPEZ, ET AL.,**

Plaintiffs-Appellants,

v.

**THE CITY OF LAWRENCE, ET AL.,**
Defendants-Appellees.

**ON APPEAL FROM A JUDGMENT IN A CIVIL CASE ENTERED IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2014, a copy of the foregoing Notice of Appearance of Kerry M. Regan filed through the CM/ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Kerry M. Regan
Kerry M. Regan, City Solicitor

Dated:        October 7, 2014.