# United States Court of Appeals
## For the First Circuit
_____

**DOCKETING STATEMENT**

**No.**               **Short Title:**

**Type of Action**

      Civil
      Criminal/Prisoner
      Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from_____
   2. Date this notice of appeal filed_____
      If cross appeal, date first notice of appeal filed_____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)_____
   4. Date of entry of order deciding above post-judgment motion_____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)_____
      Time extended to_____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?   Yes   No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?   Yes   No
         If yes, explain_____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?   Yes   No
         If yes, explain_____

C. Has this case previously been appealed?   Yes   No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?   Yes   No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E.  Were there any in-court proceedings below?          Yes       No
    If yes, is a transcript necessary for this appeal?  Yes       No
    If yes, is transcript already on file with district court?  Yes       No

F.  List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

    1. Adverse party_____
       Attorney_____
       Address_____
       Telephone_____

    2. Adverse party_____
       Attorney_____
       Address_____
       Telephone_____

    3. Adverse party_____
       Attorney_____
       Address_____
       Telephone_____

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

    1. Appellant's name_____
       Address_____
       Telephone_____

       Attorney's name_____
       Firm_____
       Address_____
       Telephone_____

    2. Appellant's name_____
       Address_____
       Telephone_____

       Attorney's name_____
       Firm_____
       Address_____
       Telephone_____

    Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)     Yes       No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature_____
Date_____

# List of Plaintiffs-Appellants

| | |
|---|---|
| Obed Almeyda | Lynette Praileau |
| Robert Alvarez | Juan Rosario |
| Lamont Anderson | Louis Rosario, Jr. |
| Shumean Benfold | Molwyn Shaw |
| Rodney O. Best | David Singletary |
| Richard Brooks | Kevin Sledge |
| Gwendolyn Brown | Tyrone Smith |
| James Brown | Spencer Tatum |
| Abel Cano | Julio M. Toledo |
| George Cardoza | Julian Turner |
| Eddy Chrispin | Karen Vandyke |
| Cathenia D. Cooper-Patterson | Lisa Venus |
| Lynn Davis | Devon Williams |
| Charles DeJesus | Angela Williams-Mitchell |
| Larry Ellison | Robert C. Young |
| Delores E. Facey | |
| Kenneth Gaines | **Represented by:** |
| Murphy Gregory | |
| Neva Grice | Harold L. Lichten |
| William E. Iraolo | Lichten & Liss-Riordan, P.C. |
| James A. Jackson | 729 Boylston St. |
| Gloria Kinkead | Boston, MA 02116 |
| | (617) 994-5800 |
| Roylilne Lamb | hlichten@llrlaw.com |
| Pedro Lopez | |
| Jose Lozano | Stephen Churchill |
| MA Hispanic Law Enforcement Association | Fair Work, P.C. |
| David E. Melvin | 192 South Street, Suite 450 |
| Steven Morgan | Boston, MA 02111 |
| Charisse Brittle Powell | 617-607-3262 (direct) |
| Courtney A. Powell | steve@fairworklaw.com |

# Revised List of Defendants-Appellees

**City of Lawrence**
**John Michael Sullivan, Mayor of the City of Lawrence**
Represented By:
Charles Boddy
Office of the City Attorney
200 Common Street, Rm. 306
Lawrence, MA 01840
978-620-3030
cboddy@cityoflawrence.com

**City of Methuen**
**William Manzi, III, Mayor of Methuen**
Represented By:
Michele Randazzo
Kopelman & Paige, P.C.
101 Arch St.
Boston, MA 02110
617-556-0007
mrandazzo@k-plaw.com

**City of Lowell**
Represented By:
Gina Atwood
City of Lowell Law Dept., 3rd Fl.
City Hall
375 Merrimack St.
Lowell, MA 01852
978-970-4050

**Appointing Authority for the City of Lowell**, pro se

**City of Worcester**
**Michael O'Brien, City Manager for the City of Worcester**
Represented By:
Tim Norris
Collins, Loughran & Peloquin
320 Norwood Park South
Norwood, MA 02062
781-762-2229
tnorris@collinslabor.com

**City of Boston**
Represented By:
Laurence Donoghue
Morgan, Brown & Joy, LLP
200 State St., 11th Fl.
Boston, MA 02109
617-523-6666
ldonoghue@morganbrown.com

Lisa Skehill Maki
City of Boston Law Dept.
One City Hall Plaza, Rm. 615
Boston, MA 02201
617-635-4022
Lisa.maki@cityofboston.gov

**City of Springfield**
**Domenic Sarno, Jr., Mayor of Springfield**
Represented By:
Edward M. Pikula, City Solicitor
1350 Main St., Room 210
Springfield, MA 01103
413-787-6098
epikula@springfieldcityhall.com

Maurice M. Cahillane, Jr.
Egan, Flanagan & Cohen, P.C.
67 Market St.
PO Box 9035
Springfield, MA 01102
413-737-0260

William G. Cullinan
Law Office of William G. Cullinan
1350 Main St.
Springfield, MA 01103
413-732-9080

**Massachusetts Bay Transportation Authority**
Represented By:
Kevin S. McDermott
MBTA Law Department
10 Park Plaza
7th Floor
Boston, MA 02116
617-222-4756
Fax: 617-222-3194
Email: kmcdermott@mbta.com

**CERTIFICATE OF SERVICE**

      I certify that the foregoing document was served on October 15, 2014, on all counsel of record via the Court's CM/ECF notification system.

                                    /s/ Harold Lichten
                                    Harold Lichten