UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

C.A. NO. 14-1952

PEDRO LOPEZ, ET AL.,

    Plaintiffs

v.

CITY OF LAWRENCE,
MASSACHUSETTS, ET AL.,

    Defendants

NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please withdraw my appearance as counsel for the defendants, City of Methuen, Massachusetts and William Manzi, III, in his capacity as Mayor of City of Methuen, Massachusetts, in the above-captioned matter. Successor counsel has appeared for said defendants.

CITY OF METHUEN, MASS., AND
WILLIAM MANZI, III, IN HIS
CAPACITY AS MAYOR OF CITY OF
METHUEN, MASSACHUSETTS

By their attorney,

/s/ Michele E. Randazzo
Michele E. Randazzo (BBO# 564906)
Kopelman and Paige, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
mrandazzo@k-plaw.com

Date: October 24, 2014

508403/MTHU/0004

CERTIFICATE OF SERVICE

      I, Michele E. Randazzo, hereby certify that on October 24, 2014, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

           Kerry M. Regan
           Robert P. Morris
           Shannon Liss-Riordan
           Robert Lawrence Quinan, Jr.
           Sookyoung Shin
           Harry P. Carroll
           Stephen S. Churchill
           John Thomas Liebel
           Harold L. Lichten
           Gina Marie Atwood
           Maurice Martin Cahillane
           Edward M. Pikula
           Kevin Sean McDermott
           Susan M. Weise
           Christine Patricia O'Connor
           Tim D. Norris
           Iraida J. Alvarez
           Lisa Skehill Maki
           Joshua Ryan Coleman

      I further certify that on October 24, 2014, I served a copy of the foregoing document on the following parties or their counsel of record by first class mail, postage prepaid:

           Mark Daniel Selwyn, Esq.
           WilmerHale LLP
           950 Page Mill Road
           Palo Alto, CA 94304

           Anne L. Randazzo, Esq.
           25 Westwind Drive
           Methuen, MA 01844

           Laurence J. Donoghue, Esq.
           Law Office of Corinne Hood Greene
           One Thompson Square, Suite 502
           Charlestown, MA 02109

William G. Cullinan, Esq.
O'Connor Martinelli & Cohn
1391 Main St., Suite 1022
Springfield, MA 01103-1649

Vinita Ferrera, Esq.
WilmerHale LLP
60 State St
Boston, MA 02109

Daniel C. Brown, Esq.
Collins Loughran & Peloquin PC
320 Norwood Park S
Norwood, MA 02062

Rahsaan D. Hall, Esq.
Lawyers' Committee for Civil Rights
Suite 443
294 Washington St., Suite 443
Boston, MA 02108

Richard J D'Agostino
Office of the City Attorney
City Hall
200 Common Street, Room 306
Lawrence, MA 01840


/s/ Michele E. Randazzo

508403/MTHU/0004