# United States Court of Appeals
## For the First Circuit

No. 14-1952

PEDRO LOPEZ, Individually and on behalf of a class of individuals similarly situated; ABEL CANO, Individually and on behalf of a class of individuals similarly situated; KEVIN SLEDGE, Individually and on behalf of a class of individuals similarly situated; CHARLES DEJESUS, Individually and on behalf of a class of individuals similarly situated; RICHARD BROOKS, Individually and on behalf of a class of individuals similarly situated; MA HISPANIC LAW ENFORCEMENT ASSOCIATION, Individually and on behalf of a class of individuals similarly situated; ROBERT ALVAREZ, Individually and on behalf of a class of individuals similarly situated; SPENCER TATUM, Individually and on behalf of a class of individuals similarly situated; SHUMEAND BENFOLD, Individually and on behalf of a class of individuals similarly situated; ANGELA WILLIAMS-MITCHELL, Individually and on behalf of a class of individuals similarly situated; GWENDOLYN BROWN, Individually and on behalf of a class of individuals similarly situated; LYNETTE PRAILEAU, Individually and on behalf of a class of individuals similarly situated; TYRONE SMITH, Individually and on behalf of a class of individuals similarly situated; EDDY CHRISPIN, Individually and on behalf of a class of individuals similarly situated; DAVID E. MELVIN, Individually and on behalf of a class of individuals similarly situated; STEVEN MORGAN, Individually and on behalf of a class of individuals similarly situated; WILLIAM E. IRAOLO, Individually and on behalf of a class of individuals similarly situated; JOSE LOZANO, Individually and on behalf of a class of individuals similarly situated; COURTNEY A. POWELL, Individually and on behalf of a class of individuals similarly situated; JAMES L. BROWN, Individually and on behalf of a class of individuals similarly situated; GEORGE CARDOZA, Individually and on behalf of a class of individuals similarly situated; LARRY ELLISON, Individually and on behalf of a class of individuals similarly situated; DAVID SINGLETARY, Individually and on behalf of a class of individuals similarly situated; CHARISSE BRITTLE POWELL, Individually and on behalf of a class of individuals similarly situated; CATHENIA D. COOPER-PATERSON, Individually and on behalf of a class of individuals similarly situated; MOLWYN SHAW, Individually and on behalf of a class of individuals similarly situated; LAMONT ANDERSON, Individually and on behalf of a class of individuals similarly situated; GLORIA KINKEAD, Individually and on behalf of a class of individuals similarly situated; KENNETH GAINES, Individually and on behalf of a class of individuals similarly situated; MURPHY GREGORY, Individually and on behalf of a class of individuals similarly situated; JULIAN TURNER, Individually and on behalf of a class of individuals similarly situated; NEVA GRICE, Individually and on behalf of a class of individuals similarly situated; DELORES E. FACEY, Individually and on behalf of a class of individuals similarly situated; LISA VENUS, Individually and on behalf of a class of individuals similarly situated; RODNEY O. BEST, Individually and on behalf of a class of individuals similarly situated; KAREN VANDYKE, Individually and on behalf of a class of individuals similarly situated; ROBERT C. YOUNG, Individually and on behalf of a class of individuals similarly situated; ROYLILNE LAMB, Individually and on behalf of a class of individuals similarly situated; LYNN DAVIS, Individually and on behalf of a class of individuals similarly

situated; JAMES A. JACKSON, Individually and on behalf of a class of individuals similarly situated; JUAN ROSARIO, Individually and on behalf of a class of individuals similarly situated; LOUIS ROSARIO, JR., Individually and on behalf of a class of individuals similarly situated; OBED ALMEYDA, Individually and on behalf of a class of individuals similarly situated; DEVON WILLIAMS, Individually and on behalf of a class of individuals similarly situated; JULIO M. TOLEDO, Individually and on behalf of a class of individuals similarly situated

Plaintiffs - Appellants

MARISOL NOBREGA, Individually and on behalf of a class of individuals similarly situated

Plaintiff

v.

CITY OF LAWRENCE, MASSACHUSETTS; CITY OF METHUEN, MASSACHUSETTS; COMMONWEALTH OF MASSACHUSETTS; PAUL DIETL, In his capacity as Personnel Administrator for the Commonwealth of Massachusetts; JOHN MICHAEL SULLIVAN, In his capacity as Mayor of the City of Lawrence, Massachusetts; WILLIAM MANZI, III, In his capacity as Mayor of Methuen, Massachusetts; CITY OF LOWELL; CITY OF WORCESTER, MASSACHUSETTS; APPOINTING AUTHORITY FOR THE CITY OF LOWELL; MICHAEL O'BRIEN, In his capacity as City Manager of the City of Worcester Massachusetts; BOSTON, MA; SPRINGFIELD, MA; DOMENIC J. SARNO, JR., In his capacity as Mayor for the City of Springfield; MA BAY TRANSPORTATION AUTHORITY; DANIEL GRABAUSKAS, In his capacity as General Manager; BOARD OF TRUSTEES, of the Massachusetts Bay Transportation Authority

Defendants - Appellees

WILLIAM F. MARTIN, In his capacity as Mayor of the City of Lowell, Massachusetts; KONSTANTINA B. LUKES, In her capacity as Mayor of the City of Worcester, Massachusetts

Defendants

_____

**ORDER OF COURT**

Entered: October 29, 2014
Pursuant to 1st Cir. R. 27.0(d)

Attorney Michele E. Randazzo's motion to withdraw is allowed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Shannon Liss-Riordan
Stephen S. Churchill
Harold L. Lichten
Mark Daniel Selwyn
Vinita Ferrera
Rahsaan D. Hall
Robert Lawrence Quinan Jr.
Sookyoung Shin
Iraida J. Alvarez
Gina Marie Atwood
Christine Patricia O'Connor
Kerry M. Regan
Anne L. Randazzo
Michele E. Randazzo
Richard J D'Agostino
Tim D. Norris
Daniel C. Brown
Joshua Ryan Coleman
Robert P. Morris
Laurence J. Donoghue
Susan M. Weise
Lisa Skehill Maki
Harry P. Carroll
John Thomas Liebel
Maurice Martin Cahillane
Edward M. Pikula
William G. Cullinan
Kevin Sean McDermott