# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 14-1952       Short Title: Lopez v. City of Lawrence, et.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>City of Boston</u> _____ as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

<u>/s/ John M. Simon</u>              <u>12/3/2014</u>
Signature                              Date

<u>John M. Simon</u>
Name

<u>Stoneman, Chandler & Miller, LLP</u>    <u>(617) 542-6789</u>
Firm Name (if applicable)                  Telephone Number

<u>99 High Street</u>                       <u>(617) 556-8989</u>
Address                                     Fax Number

<u>Boston, MA 02110</u>                     <u>jsimon@scmllp.com</u>
City, State, Zip Code                       Email (required)

Court of Appeals Bar Number: <u>86184</u>

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes   Court of Appeals No. <u>09-1664</u>

---

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2014, a copy of the foregoing Notice of Appearance of John M. Simon filed through the CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ John M. Simon
John M. Simon