UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

|  |  |
|---|---|
| PEDRO LOPEZ, et al.<br><br>            Plaintiffs-Appellants,<br><br>    v.<br><br>CITY OF LAWRENCE, et al.,<br><br>            Defendants-Appellees | Case No. 14-1952 |

## PLAINTIFFS-APPELLANTS' ASSENTED-TO MOTION FOR A FORTY-FIVE DAY EXTENSION TO FILE APPELLATE BRIEF

Plaintiffs-Appellants' brief in this matter is currently due on December 23, 2014. Pursuant to Federal Rules of Appellate Procedure 26 and 27, Plaintiffs-Appellants hereby request a 45-day extension – until February 6, 2015 – to file their brief. The grounds for this motion are as follows:

1. Lead Counsel for Plaintiffs Harold Lichten is scheduled to begin trial in an FLSA collective action in Ann Arbor, Michigan Swinney v. AMcomm Telecommunications, Civ. A. No. 12-12925 (E.D. Mich.) which will commence on December 8, 2014.

2. Immediately following that trial, all counsel for Plaintiffs have been informed by Judge William Young that they must begin a two-week trial scheduled to start on December 15 in Smith v. City of Boston, Civ. A. No. 12-10291 (D. Mass.), a disparate impact discrimination claim challenging the Boston Police Department's 2005 and 2008 Lieutenant's exam

3. The beginning date for the Smith trial was not set until December 1, 2014. See Smith, Civ. A. No. 12-10291 (ECF No. 120).

4. This is Plaintiffs' first request for an extension in this appeal.

5.     Counsel for the Defendants-Appellees been notified of this motion and counsel for the City of Lawrence, City of Methuen, City of Springfield, City of Lowell, and the MBTA have assented to the request for an extension while counsel for the City of Boston and the City of Worcester have not responded.

6.     An extension to February 6, 2015 will allow Plaintiffs' counsel adequate time to prepare and file their brief. This appeal involves very important issues under Title VII of the Civil Rights act, and follows an 18 day trial, involving complex statistical and validation expert testimony. Thus granting this extension will enable plaintiffs, and several potential Amici to properly prepare their legal arguments.

For the forgoing reasons, Plaintiffs-Appellants request an extension of time of 45 days to file their brief, until February 6, 2015.

        Respectfully submitted,
        PEDRO LOPEZ, et al.
        By their attorneys,

        /s/ Harold Lichten
        Harold Lichten, BBO#549689
        Benjamin Weber, BBO#673736
        Lichten & Liss-Riordan, P.C.
        729 Boylston Street, Suite 2000
        Boston, MA 02114
        (617) 994-5800
        hlichten@llrlaw.com
        bweber@llrlaw.com

        Stephen Churchill
        Fair Work, P.C.
        192 South Street, Suite 450
        Boston, MA 02111
        (617) 607-3262
        steve@fairworklaw.com

DATED: December 3, 2014

## CERTIFICATE OF SERVICE

      I hereby certify that, on December 3, 2014, I caused a true copy of this document to be sent via the court's CM/ECF system to all counsel of record.

                                                  /s/ Harold L. Lichten
                                              Harold L. Lichten, Esq.