Case: 14-1952     Document: 00116771292     Page: 1     Date Filed: 12/03/2014     Entry ID: 5871048

# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 14-1952         Short Title: Lopez v. City of Lawrence, et.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

City of Boston _____ as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

/s/ Kay H. Hodge
Signature

12/3/2014
Date

Kay H. Hodge
Name

Stoneman, Chandler & Miller, LLP
Firm Name (if applicable)

(617) 542-6789
Telephone Number

99 High Street
Address

(617) 556-8989
Fax Number

Boston, MA 02110
City, State, Zip Code

khodge@scmllp.com
Email (required)

Court of Appeals Bar Number: 11284

Has this case or any related case previously been on appeal?

[ ] No      [✓] Yes   Court of Appeals No. 09-1664

---

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2014, a copy of the foregoing Notice of Appearance of Kay H. Hodge filed through the CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Kay H. Hodge
Kay H. Hodge