# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 14-1952    **Short Title:** Lopez v. City of Lawrence

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
City of Lowell and Appointing Authority for the City of Lowell    as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

/s/ Rachel M. Brown          December 5, 2014
Signature                    Date

Rachel M. Brown
Name

City of Lowell Law Department     978-674-4050
Firm Name (if applicable)         Telephone Number

375 Merrimack Street, 3rd Floor   978-453-1510
Address                           Fax Number

Loewll MA 01852-5909              rbrown@lowellma.gov
City, State, Zip Code             Email (required)

Court of Appeals Bar Number: 123539

Has this case or any related case previously been on appeal?

[ ] No    [✓] Yes   Court of Appeals No. 09-1664

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).