No. 14-1952

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

PEDRO LOPEZ, ET AL.,

Plaintiffs-Appellants,

v.

THE CITY OF LAWRENCE, ET AL.,

Defendants-Appellees.

**ON APPEAL FROM A JUDGMENT IN A CIVIL CASE ENTERED IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

## MOTION TO WITHDRAW APPEARANCE OF GINA M. ATWOOD ON BEHALF OF APPELLEES CITY OF LOWELL AND APPOINTING AUTHORITY FOR THE CITY OF LOWELL

Pursuant to Local Rule 12.0(b), Assistant City Solicitor Gina M. Atwood respectfully requests the Court's permission to withdraw as counsel for Appellees the City of Lowell and the Appointing Authority for the City of Lowell (hereinafter collectively, the "City"). In support of this Motion, counsel states the following:

1. Local Rule 12.0(b) provides that no attorney who has entered an appearance in this Honorable Court may withdraw his or her appearance without the consent of the Court;

2. City Solicitor Christine P. O'Connor and Assistant City Solicitor Rachel M. Brown have noticed and shall continue their appearances on behalf of the City in the above-captioned matter; and

3. Appellees City of Lowell and the Appointing Authority for the City of Lowell will be represented by City Solicitor O'Connor and Assistant City Solicitor Brown in the above-captioned matter going forward.

WHEREFORE, Assistant City Solicitor Gina M. Atwood respectfully requests this Honorable Court grant the instant Motion to Withdraw Appearance of Gina M. Atwood on behalf of Appellees the City of Lowell and the Appointing Authority for the City of Lowell.

Respectfully submitted,

s/ Gina M. Atwood
Christine P. O'Connor, City Solicitor
Court of Appeals No. 55980
Gina M. Atwood, Assistant City Solicitor
Court of Appeals No. 106195
Rachel M. Brown, Assistant City Solicitor
Court of Appeals No. 123539
City of Lowell Law Department
375 Merrimack Street, 3rd Floor
Lowell, MA  01852
Tel.:  978-674-4050

co'connor@lowellma.gov
gatwood@lowellma.gov
rbrown@lowellma.gov

*Attorneys for Appellees City of Lowell*
*And Appointing Authority for the City of Lowell*

Dated:      December 10, 2014

## CERTIFICATE OF SERVICE

      I hereby certify that on December 10, 2014, a copy of the foregoing Motion filed though the CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                   /s/ Gina M. Atwood_____
                                                   Gina M. Atwood, Assistant City Solicitor

Dated:      December 10, 2014