UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 14-1952

PEDRO LOPEZ et al.,
    PLAINTIFFS

V.

THE CITY OF LAWRENCE et al.,
    DEFENDANTS

## APPEARANCE

Kindly enter my appearance as attorney for the City of Lawrence.

Dated: December 8, 2014

Respectfully Submitted,
City of Lawrence,
By its Attorney,

/s/ Charles D. Boddy, Jr.
Charles D. Boddy, Jr., Esq.
City Attorney
City of Lawrence
Office of the City Attorney
200 Common St., Suite 306
Lawrence, MA  01840
BBO No. 551197

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage Prepaid, to those indicated as non-registered participants on this date.

December 8, 2014

/s/Charles D. Boddy, Jr.
Charles D. Boddy, Jr.