UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| PEDRO LOPEZ, et al. )<br>  )<br>                Plaintiffs-Appellants, )<br>  )<br>   v.                )<br>  )<br>CITY OF LAWRENCE, et al., )<br>  )<br>                Defendants-Appellees ) | Case No. 14-1952 |

## PLAINTIFFS-APPELLANTS' SECOND MOTION FOR AN EXTENSION TO FILE APPELLATE BRIEF

Plaintiffs-Appellants' brief in this matter is currently due on February 6, 2015. Pursuant to Federal Rules of Appellate Procedure 26 and 27, Plaintiffs-Appellants hereby request a 14-day extension – until February 20, 2015 – to file their brief. The grounds for this motion are as follows:

1. All counsel for Plaintiffs were engaged in a trial before Judge William Young in Smith v. City of Boston, Civ. A. No. 12-10291 (D. Mass.), a disparate impact discrimination claim challenging the Boston Police Department's 2008 Lieutenant's exam, which began on December 15, 2014 and ended on January 7, 2015. While there was a brief break in the trial over the holidays, counsel for Plaintiffs were still required to work on the trial during the break, conducting an expert deposition and preparing the remainder of the trial.

2. Since the end of trial in Smith, counsel for Plaintiffs have been working on proposed findings in that case. Rather than set a deadline for proposed findings, Judge Young told the parties that he wanted to issue his decision as soon as possible, and that while he would

accept proposed findings from the parties, he would not wait for them. As a result, Plaintiffs have been working on getting the proposed findings out as soon as practicable.

3. The beginning date for the Smith trial was not set until December 1, 2014. See Smith, Civ. A. No. 12-10291 (ECF No. 120), which meant that Plaintiffs' counsel spent much of the first two weeks of December preparing for trial on short notice.

4. This is Plaintiffs' second request for an extension in this appeal.

5. On December 4, 2014, this Court granted Plaintiffs' assented-to request for a 45-day extension.

6. Counsel for the all of the Defendants-Appellees have assented to this motion.

7. An extension to February 20, 2015 will allow Plaintiffs' counsel adequate time to prepare and file their brief. This appeal involves very important issues under Title VII of the Civil Rights act, and follows an 18 day trial, involving complex statistical and validation expert testimony. Thus granting this extension will enable plaintiffs, and several potential Amici to properly prepare their legal arguments.

For the forgoing reasons, Plaintiffs-Appellants request an extension of time of 14 days to file their brief, until February 20, 2015.

    Respectfully submitted,
    PEDRO LOPEZ, et al.
    By their attorneys,

    /s/ Harold Lichten
    Harold Lichten, BBO#549689
    Benjamin Weber, BBO#673736
    Lichten & Liss-Riordan, P.C.
    729 Boylston Street, Suite 2000
    Boston, MA 02116
    (617) 994-5800
    hlichten@llrlaw.com
    bweber@llrlaw.com

                                              Stephen Churchill
                                              Fair Work, P.C.
                                              192 South Street, Suite 450
                                              Boston, MA 02111
                                              (617) 607-3262
DATED: January 23, 2015              steve@fairworklaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that, on January 23, 2015, I caused a true copy of this document to be sent via the court's CM/ECF system to all counsel of record.

                                              /s/ Harold L. Lichten
                                            Harold L. Lichten, Esq.