UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| PEDRO LOPEZ, et al. )<br>)<br>         Plaintiffs-Appellants, )<br>)<br>v. )<br>)<br>CITY OF LAWRENCE, et al., )<br>)<br>         Defendants-Appellees )<br> ) | Case No. 14-1952 |

**PLAINTIFFS-APPELLANTS' MOTION TO ENLARGE LENGTH OF BRIEF**

Pursuant to Fed. R. App. P. 27(a) and 32(a)(7)(B) and L.R. 32.4, Plaintiffs-Appellants' respectfully move for an order seeking leave to increase the maximum length of their opening brief from 14,000 words to 18,000. In support of this motion, Plaintiffs-Appellants state the following:

1. Plaintiffs-Appellants opening brief is due on February 20, 2015.

2. This case presents profound and wide-ranging legal questions based on a required three-prong analysis, including the proper statistical analysis for determining disparate impact, the proper validation of several promotional examinations, and what constitutes a suitable less discriminatory alternative testing mechanism. Collectively, these issues, along with the hundreds of relevant facts attached to each prong, requires extensive briefing.

3. Plaintiffs-Appellants Seventh Amended Complaint, which was in effect at trial, involves 44 individual plaintiffs, plus the Massachusetts Hispanic Law Enforcement Association, and the defendants include six municipalities, plus the Massachusetts Bay Transportation Authority ("MBTA").

4. This case was the subject of an 18-day trial producing nearly 2,400 pages of trial transcripts. Following trial, Plaintiffs-Appellants filed proposed findings of fact and conclusions of law covering 92 pages. Defendants-Appellees then each filed separate proposed findings totaling 186 pages. The parties then filed separate responses totaling another 152 pages.

5. Following trial and the parties' respective post-trial submissions, the District Court issued a 47-page decision.

6. Defendants-Appellees will likely file seven briefs which, as a whole, could total approximately 115,500 words.

7. Permitting an enlargement to 18,000 words will allow Plaintiffs-Appellants adequate space to address the complex issues and voluminous record presented in this case.

8. Counsel for the municipalities of Lawrence, Methuen, Lowell, Boston, and Springfield, as well as the MBTA, have assented to this motion.

For the forgoing reasons, Plaintiffs-Appellants request permission to file a principal brief not to exceed 18,000 words in length.

Respectfully submitted,
PEDRO LOPEZ, et al.
By their attorneys,

/s/ Harold Lichten
Harold Lichten, BBO#549689
Benjamin Weber, BBO#673736
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
hlichten@llrlaw.com
bweber@llrlaw.com

Stephen Churchill
Fair Work, P.C.

192 South Street, Suite 450<br>
Boston, MA 02111<br>
(617) 607-3262<br>
steve@fairworklaw.com

DATED: February 4, 2015

## CERTIFICATE OF SERVICE

I hereby certify that, on February 4, 2015, I caused a true copy of this document to be sent via the court's CM/ECF system to all counsel of record.

       /s/ Harold L. Lichten_____
Harold L. Lichten, Esq.