# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 14-1592          **Short Title:** Lopez et al. v. City of Lawrence, MA et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
See Schedule A attached.                                                                                   as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

| | |
|---|---|
| /s/ Benjamin Weber | February 20, 2015 |
| Signature | Date |
| Benjamin Weber | |
| Name | |
| Lichten & Liss-Riordan, P.C. | (617) 994-5800 |
| Firm Name (if applicable) | Telephone Number |
| 729 Boylston Street, Suite 2000 | (617) 994-5801 |
| Address | Fax Number |
| Boston, MA 02116 | bweber@llrlaw.com |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 14-1592

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 08-8045, 09-1664

==================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must submit an application for admission with this form. 1st Cir. R. 46.0(a)(2). Effective January 1, 2010, use of the Case Management/Electronic Case Files (CM/ECF) system is mandatory for all attorneys filing in this court. Counsel may register at http://pacer.psc.uscourts.gov/.

# SCHEDULE A:

Obed Almeyda,
Robert Alvarez,
Lamont Anderson,
Shumeand Benfold,
Rodney O. Best,
Richard Brooks,
Gwendolyn Brown,
James L. Brown,
Abel Cano,
George Cardoza,
Eddy Chrispin,
Cathenia D. Cooper-Paterson,
Lynn Davis, Charles DeJesus,
Larry Ellison,
Delores E. Facey,
Kenneth Gaines,
Murphy Gregory,
Neva Grice,
William E. Iraolo,
James A. Jackson,
Gloria Kinkead,
Royline Lamb,
Pedro Lopez,
Jose Lozano,
MA Hispanic Law Enforcement Association,
David E. Melvin,
Steven Morgan,
Charisse Brittle Powell,
Courtney A. Powell,
Lynette Praileau,
Juan Rosario,
Louis Rosario, Jr.,
Molwyn Shaw,
David Singletary,
Kevin Sledge,
Tyrone Smith,
Spencer Tatum,
Julio M. Toledo,
Julian Turner,
Karen Vandyke,
Lisa Venus,
Devon Williams,
Angela Williams-Mitchell,
Robert C. Young.

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was served on February 20, 2015, on all counsel of record via the Court's CM/ECF system.

                                                /s/ Benjamin Weber
                                                Benjamin Weber, Esq.