UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

|  |  |
|---|---|
| PEDRO LOPEZ, et al. | ) |
| Plaintiffs-Appellants, | ) Case No. 14-1952 |
| v. | ) |
| CITY OF LAWRENCE, et al., | ) |
| Defendants-Appellees | ) |

**PLAINTIFFS-APPELLANTS' SECOND MOTION TO ENLARGE LENGTH OF BRIEF**

Pursuant to Fed. R. App. P. 27(a) and 32(a)(7)(B) and L.R. 32.4, Plaintiffs-Appellants' respectfully move for an order seeking leave to increase the word limit to 21,085 words. As grounds for this motion, plaintiff's counsel states, that the brief in this case, ran more than 28,000 words after the first several drafts. After several determined efforts to significantly edit downward the word count, plaintiff's counsel has been able to eliminate nearly 7000 words, bringing the brief down to 21,085. However, given the extreme complexity and importance of the legal issues in this case, the difficulty in addressing 18 days of trial testimony, most of it by experts, and the complex area of case law that has built up around Title VII litigation involving police and fire departments, plaintiffs' counsel do not believe they can fairly cut any more out of their brief without sacrificing the interests of their clients.

Plaintiffs already filed an assented-to motion to enlarge the length of their brief to 18,000 words. That motion is currently pending. Plaintiffs now seek permission to include an additional 3,000 words in their brief.

Accordingly plaintiffs move for permission to this court to accept their brief, filed tonight, contains 21,085 words.

                                  Respectfully submitted,

                                  PEDRO LOPEZ, et al.
                                  By their attorneys,

                                  /s/ Harold Lichten
                                  Harold Lichten, BBO#549689
                                  Benjamin Weber, BBO#673736
                                  Lichten & Liss-Riordan, P.C.
                                  729 Boylston Street, Suite 2000
                                  Boston, MA 02116
                                  (617) 994-5800
                                  hlichten@llrlaw.com
                                  bweber@llrlaw.com

                                  Stephen Churchill
                                  Fair Work, P.C.
                                  192 South Street, Suite 450
                                  Boston, MA 02111
                                  (617) 607-3262
                                  steve@fairworklaw.com

DATED:  February 20, 2015

## CERTIFICATE OF SERVICE

    I hereby certify that, on February 20, 2015, I caused a true copy of this document to be sent via the court's CM/ECF system to all counsel of record.

                                      /s/ Harold L. Lichten
                                      Harold L. Lichten, Esq.