# United States Court of Appeals
## For the First Circuit

No. 14-1952

PEDRO LOPEZ, individually and on behalf of a class of individuals similarly situated; ABEL CANO, individually and on behalf of a class of individuals similarly situated; KEVIN SLEDGE, individually and on behalf of a class of individuals similarly situated; CHARLES DEJESUS, individually and on behalf of a class of individuals similarly situated; RICHARD BROOKS, individually and on behalf of a class of individuals similarly situated; THE MASSACHUSETTS HISPANIC LAW ENFORCEMENT ASSOCIATION, individually and on behalf of a class of individuals similarly situated; ROBERT ALVAREZ, individually and on behalf of a class of individuals similarly situated; SPENCER TATUM, individually and on behalf of a class of individuals similarly situated; SHUMEAND BENFOLD, individually and on behalf of a class of individuals similarly situated; ANGELA WILLIAMS-MITCHELL, individually and on behalf of a class of individuals similarly situated; GWENDOLYN BROWN, individually and on behalf of a class of individuals similarly situated; LYNETTE PRAILEAU, individually and on behalf of a class of individuals similarly situated; TYRONE SMITH, individually and on behalf of a class of individuals similarly situated; EDDY CHRISPIN, individually and on behalf of a class of individuals similarly situated; DAVID E. MELVIN, individually and on behalf of a class of individuals similarly situated; STEVEN MORGAN, individually and on behalf of a class of individuals similarly situated; WILLIAM E. IRAOLO, individually and on behalf of a class of individuals similarly situated; JOSE LOZANO, individually and on behalf of a class of individuals similarly situated; COURTNEY A. POWELL, individually and on behalf of a class of individuals similarly situated; JAMES L. BROWN, individually and on behalf of a class of individuals similarly situated; GEORGE CARDOZA, individually and on behalf of a class of individuals similarly situated; LARRY ELLISON, individually and on behalf of a class of individuals similarly situated; DAVID SINGLETARY, individually and on behalf of a class of individuals similarly situated; CHARISSE BRITTLE POWELL, individually and on behalf of a class of individuals similarly situated; CATHENIA D. COOPER-PATERSON, individually and on behalf of a class of individuals similarly situated; MOLWYN SHAW, individually and on behalf of a class of individuals similarly situated; LAMONT ANDERSON, individually and on behalf of a class of individuals similarly situated; GLORIA KINKEAD, individually and on behalf of a class of individuals similarly situated; KENNETH GAINES, individually and on behalf of a class of individuals similarly situated; MURPHY GREGORY, individually and on behalf of a class of individuals similarly situated; JULIAN TURNER, individually and on behalf of a class of individuals similarly situated; NEVA GRICE, individually and on behalf of a class of individuals similarly situated; DELORES E. FACEY, individually and on behalf of a class of individuals similarly situated; LISA VENUS, individually and on behalf of a class of individuals similarly situated; RODNEY O. BEST, individually and on behalf of a class of individuals similarly situated; KAREN VANDYKE, individually and on behalf of a class of individuals similarly situated; ROBERT C. YOUNG, individually and on behalf of a class of individuals similarly situated; ROYLINE LAMB, individually and on behalf of a class of individuals similarly situated; LYNN DAVIS, individually and on behalf of a class of individuals similarly situated; JAMES A. JACKSON, individually and on behalf of a class of individuals similarly

situated; JUAN ROSARIO, individually and on behalf of a class of individuals similarly situated; LOUIS ROSARIO, JR., individually and on behalf of a class of individuals similarly situated; OBED ALMEYDA, individually and on behalf of a class of individuals similarly situated; DEVON WILLIAMS, individually and on behalf of a class of individuals similarly situated; JULIO M. TOLEDO, individually and on behalf of a class of individuals similarly situated,

Plaintiffs – Appellants,

MARISOL NOBREGA, individually and on behalf of a class of individuals similarly situated

Plaintiff,

v.

CITY OF LAWRENCE, MASSACHUSETTS; CITY OF METHUEN, MASSACHUSETTS; COMMONWEALTH OF MASSACHUSETTS; PAUL DIETL, in his capacity as Personnel Administrator for the Commonwealth of Massachusetts; JOHN MICHAEL SULLIVAN, in his capacity as Mayor of the City of Lawrence, Massachusetts; WILLIAM MANZI, III, in his capacity as Mayor of the City of Methuen, Massachusetts; CITY OF LOWELL; CITY OF WORCESTER, MASSACHUSETTS; APPOINTING AUTHORITY FOR THE CITY OF LOWELL; MICHAEL O'BRIEN, in his capacity as City Manager of the City of Worcester, Massachusetts; CITY OF BOSTON, MA; CITY OF SPRINGFIELD, MA; DOMENIC J. SARNO, JR., in his capacity as Mayor for the City of Springfield; MASSACHUSETTS BAY TRANSPORTATION AUTHORITY; DANIEL GRABAUSKAS, in his capacity as General Manager; BOARD OF TRUSTEES OF THE MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,

Defendants – Appellees,

WILLIAM F. MARTIN, in his capacity as Mayor of the City of Lowell, Massachusetts; KONSTANTINA B. LUKES, in her capacity as Mayor of the City of Worcester, Massachusetts,

Defendants.

_____

**ORDER OF COURT**

Entered: February 24, 2015
Pursuant to 1st Cir. R. 27.0(d)

The brief tendered by appellants Obed Almeyda, Robert Alvarez, Lamont Anderson, Shumeand Benfold, Rodney O. Best, Richard Brooks, Gwendolyn Brown, James L. Brown, Abel Cano, George Cardoza, Eddy Chrispin, Cathenia D. Cooper-Paterson, Lynn Davis, CharlesDeJesus, Larry Ellison, Delores E. Facey, Kenneth Gaines, Murphy Gregory, Neva Grice, William E. Iraolo, James A. Jackson, Gloria Kinkead, Royline Lamb, Pedro Lopez, Jose Lozano,

MA Hispanic Law Enforcement Association, David E. Melvin, Steven Morgan, Charisse Brittle Powell, Courtney A. Powell, Lynette Praileau, Juan Rosario, Louis Rosario, Jr., Molwyn Shaw, David Singletary, Kevin Sledge, Tyrone Smith, Spencer Tatum, Julio M. Toledo, Julian Turner, Karen Vandyke, Lisa Venus, Devon Williams, Angela Williams-Mitchell and Robert C. Young on February 21, 2015 is not in compliance with the following Federal Rules of Appellate Procedure:

- **Fed. R. App. P. 26.1 and 28(a)(1)**, requiring a Corporate Disclosure Statement in the front of the brief.  *Appellants' brief does not contain a Corporate Disclosure Statement.*

- **Fed. R. App. P. 32(a)(2)(C)**, requiring that the front cover of the brief contain the title of the case (see Rule 12(a)).  *The caption on the brief does not match the caption used by this court.*

- **Fed. R. App. P. 32(a)(7)(C)**, requiring that a brief submitted under Rule 32(a)(7)(B) include a certificate of compliance by the attorney, or an unrepresented party, that the brief complies with the type-volume limitation.   The certificate must state either the number of words in the brief or the number of lines of monospaced type in the brief.  *Appellants' certificate of compliance does not correctly identify the font type used to be prepare their brief.*

Appellants Obed Almeyda, Robert Alvarez, Lamont Anderson, Shumeand Benfold, Rodney O. Best, Richard Brooks, Gwendolyn Brown, James L. Brown, Abel Cano, George Cardoza, Eddy Chrispin, Cathenia D. Cooper-Paterson, Lynn Davis, CharlesDeJesus, Larry Ellison, Delores E. Facey, Kenneth Gaines, Murphy Gregory, Neva Grice, William E. Iraolo, James A. Jackson, Gloria Kinkead, Royline Lamb, Pedro Lopez, Jose Lozano, MA Hispanic Law Enforcement Association, David E. Melvin, Steven Morgan, Charisse Brittle Powell, Courtney A. Powell, Lynette Praileau, Juan Rosario, Louis Rosario, Jr., Molwyn Shaw, David Singletary, Kevin Sledge, Tyrone Smith, Spencer Tatum, Julio M. Toledo, Julian Turner, Karen Vandyke, Lisa Venus, Devon Williams, Angela Williams-Mitchell and Robert C. Young are ordered to file a conforming brief by **March 3, 2015.**    The certificate of service must be updated with the new date of service.   The due date for appellees' brief(s) shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

/s/ Margaret Carter, Clerk

cc: Iraida J. Alvarez, Charles Dunstan Boddy Jr., Rachel M. Brown, Maurice Martin Cahillane, Harry P. Carroll, Stephen S. Churchill, Joshua Ryan Coleman, Kay H. Hodge, Harold L. Lichten, John Thomas Liebel, Shannon Liss-Riordan, Lisa Skehill Maki, Kevin Sean McDermott, Robert P. Morris, Tim D. Norris, Christine Patricia O'Connor, Edward M. Pikula, Robert Lawrence Quinan Jr., Kerry M. Regan, Sookyoung Shin, John Matthew Simon, Susan M. Weise