**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1, Plaintiff-Appellant, The Massachusetts Hispanic Law Enforcement Association hereby states that its corporate status was revoked in 2012 and is an unincorporated association.