# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 14-1952          **Short Title:** Lopez v. City of Lawrence

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
The National Urban League and the National Association for the Advancement of Colored People  as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

_____          March 4, 2015
Signature                                                        Date

Michael L. Foreman
Name

Pennsylvania State University, Civil Rights Appellate Clinic          (814) 865-3832
Firm Name (if applicable)                                                        Telephone Number

329 Innovation Blvd, Suite 118          (814) 865-7274
Address                                                        Fax Number

State College, PA, 16803          mlf25@psu.edu
City, State, Zip Code                                                        Email (required)

Court of Appeals Bar Number: 7031

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes  Court of Appeals No._____

======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Case: 14-1952     Document: 00116805997     Page: 1     Date Filed: 03/04/2015     Entry ID: 5890227