No. 14-1952

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

**PEDRO LOPEZ, ET AL.**,

*Plaintiffs-Appellants*,

v.

**CITY OF LAWRENCE, ET AL.**,

*Defendants-Appellees*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CORPORATE DISCLOSURE STATEMENT FOR THE NATIONAL URBAN LEAGUE AND THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE IN SUPPORT OF PLAINTIFFS-APPELLANTS**

Michael L. Foreman
   *Counsel of Record*
PENNSYLVANIA STATE UNIVERSITY
DICKINSON SCHOOL OF LAW
CIVIL RIGHTS APPELLATE CLINIC
329 Innovation Blvd., Suite 118
State College, PA 16803
(814) 865-3832
mlf25@psu.edu

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Fed. R. App. P., *amici curiae* herein state that they are neither publicly held corporations nor do they have parent corporations that are publicly held.

        Respectfully submitted,

        Attorneys for *Amici Curiae*,

        <u>/s/ Michael L. Foreman</u>

        Michael L. Foreman
          *Counsel of Record*
        PENNSYLVANIA STATE UNIVERSITY
        DICKINSON SCHOOL OF LAW
        CIVIL RIGHTS APPELLATE CLINIC
        329 Innovation Blvd., Suite 118
        State College, PA 16803
        (814) 865-3832
        mlf25@psu.edu

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2015, I electronically filed the foregoing Corporate Disclosure Statement with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties are registered as ECF filers and that they will be served by the CM/ECF system and upon counsel listed below via United Parcel Service.

*Attorneys for Plaintiffs Pedro Lopez, et al.:*

    Harold L. Lichten
    Benjamin Weber
    Lichten & Liss-Riordan, P.C.
    729 Boylston Street, Ste. 2000
    Boston, MA 02116

*Attorneys for John Michael Sullivan, in his capacity as Mayor of the City of Lawrence, Massachusetts*:

    Charles Dunstan Boddy, Jr.
    Richard D'Agostino
    Office of the City Attorney
    200 Common St., Ste. 306
    Lawrence, MA 01840

*Attorneys for William Manzi, III, in his capacity as Mayor Methuen, Massachusetts*:

    Anne L. Radazzo
    25 Westwind Dr.
    Methuen, MA 01844

    Kerry M. Regan
    City of Methuen
    Office of the City Solicitor
    41 Pleasant St., Suite 311
    Methuen, MA 01844

*Attorneys for Commonwealth of Massachusetts*:

    Iraida J. Alvarez
    Robert Lawrence Quinan, Jr.
    Sookyoung Shin
    MA Attorney General's Office
    1 Ashburton Place, 20th Floor
    Boston, MA 02108

*Attorneys for City of Lowell, MA*

    Rachel M. Brown
    Shapiro Haber & Urmy LLP
    Seaport East
    1 Seaport Lane
    Boston, MA 02210

    Christine Patricia O'Connor
    City of Lowell
    375 Merrimack St., 3rd Fl.
    Lowell, MA 01852

*Attorneys for City of Worcester, MA*:

    Daniel C. Brown
    Joshua Ryan Coleman
    Tim D. Norris
    Collins, Loughran & Peloquin P.C.
    320 Norwood Park South
    Norwood, MA 02062

*Attorneys for City of Boston, MA:*

    Kay H. Hodge
    John Matthew Simon
    99 High St., Suite 1601
    Boston, MA 02201

    Lisa Skehill Maki

    City of Boston Law Department
    One City Hall Plaza
    Room 615
    Boston, MA 02201

    Robert P. Morris
    Morgan, Brown & Joy LLP
    200 State St., 11th Fl.
    Boston, MA 02109

*Attorneys for City of Springfield, MA, and Domenic J. Sarno, Jr. in his capacity as Mayor for the City of Springfield:*

    Maurice Martin Cahillane
    Egan, Flanagan & Cohen PC
    67 Market St.
    Springfield, MA 01102

    Harry P. Carroll
    John Thomas Liebel
    Edward M. Pikula
    City of Springfield
    Law Department
    36 Court St.
    Springfield, MA 01103

    William G. Cullinan
    O'Connor Martinelli & Cohn
    1391 Main St., Ste. 1022
    Springfield, MA 01103

*Attorneys for Massachusetts Bay Transportation Authority (MBTA)*

    Kevin Sean McDermott
    MBTA Law Department
    10 Park Plaza, Suite 7760
    Boston, MA 02116

                                     Attorneys for *Amici Curiae*,

/s/ Michael L. Foreman

Michael L. Foreman
  *Counsel of Record*
PENNSYLVANIA STATE UNIVERSITY
DICKINSON SCHOOL OF LAW
CIVIL RIGHTS APPELLATE CLINIC
329 Innovation Blvd., Suite 118
State College, PA 16803
(814) 865-3832
mlf25@psu.edu