No. 14-1952

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

**PEDRO LOPEZ, ET AL.,**

*Plaintiffs-Appellants*,

v.

**CITY OF LAWRENCE, ET AL.,**

*Defendants-Appellees*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF BY NATIONAL URBAN LEAGUE AND THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE
IN SUPPORT OF PLAINTIFFS-APPELLANTS AND REVERSAL OF THE JUDGMENT BELOW**

Michael L. Foreman
  *Counsel of Record*
PENNSYLVANIA STATE UNIVERSITY
DICKINSON SCHOOL OF LAW
CIVIL RIGHTS APPELLATE CLINIC
329 Innovation Blvd., Suite 118
State College, PA 16803
(814) 865-3832
mlf25@psu.edu
March 5, 2015

## MOTION FOR LEAVE TO PARTICIPATE AS *AMICI CURIAE* ON BEHALF OF PLAINTIFFS-APPELLANTS PEDRO LOPEZ, ET AL.

Pursuant to Fed. R. App. P. 29(b) and First Cir. R. 29, National Urban League and National Association for the Advancement of Colored People (NAACP), by and through undersigned counsel, hereby move for leave to participate as *amici curiae* in support of Plaintiffs-Appellants in the case entitled Lopez v. City of Lawrence, No. 14-1952.  In support, *amici* provide the following:

1. Established in 1910, National Urban League is the nation's oldest and largest community-based movement devoted to empowering African Americans in entering the economic and social mainstream by eradicating all barriers to equal participation in all aspects of American society, whether political, economic, social, educational, or cultural.

2. The NAACP was founded in 1909, and, as the oldest and largest civil rights organization, it advocates for civil rights and equal opportunity in the public and private employment sectors.

3. The decision of this Court and the analysis employed to reach the decision will directly impact the lives and employment opportunities of the members the *amici* are dedicated to serving.

4.      While this Court's decision will obviously impact the parties here, it will have a national impact because other courts will look to the decision as a way to achieve equal employment opportunity in law enforcement.

5.      The views of *amici* on disparate impact, and in particular, the historical context and practical application of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, in addressing unlawful discrimination, will assist this Court in its analysis of this extremely important issue and will not duplicate the arguments made by Plaintiffs-Appellants.

6.      Because of the number of Defendants and counsel involved, *amici* requested that Plaintiffs' counsel contact Defendants regarding universal consent. Through an e-mail request from Plaintiffs' counsel, dated February 17, 2015, *amici* requested the consent of Defendants-Appellees, stating:

> Our understanding is that the Massachusetts Association of Minority Law Enforcement Officers (MAMLEO), the Lawyer's Committee for Civil Rights, and the New England Chapter of the NAACP wish to file amicus briefs in this appeal. Pursuant to FRAP 29(a), can you let me know whether the Defendants-Appellees consent to their filing amicus briefs in this matter?

The following parties responded to this e-mail and indicated their consent:

   a. Defendant-Appellee Massachusetts Bay Transportation Authority ("MBTA") consented on February 17, 2015.

  b. Defendant-Appellee City of Springfield consented on February 17, 2015.

7. On March 4, 2015, Plaintiffs' counsel sent a follow-up e-mail seeking the Defendants-Appellees' consent to the filing of *amicus* briefs, stating:

> The updated list of proposed amici are, the Massachusetts Association of Minority Law Enforcement Officers ("MAMLEO"), NAACP – National, NAACP – Boston Branch, NAACP – New England Branch, and the Urban League (National), the Urban League of Eastern Massachusetts and the Lawyers' Committee for Civil Rights. My understanding is that these organizations plan to join and file two amicus briefs. I assume the MBTA still consents and that Springfield and Boston do not object. Do the other appellees (Methuen, Lawrence, Lowell) consent?

The following parties responded to this e-mail and indicated their consent:

  a. Defendant-Appellee City of Lawrence consented on March 4, 2015.

  b. Defendant-Appellee City of Springfield consented again on March 4, 2015.

  c. As of March 5, 2015, Defendant-Appellee City of Methuen "does not object."

  d. As of March 5, 2015, Defendant-Appellee City of Lowell "assents."

8. Plaintiffs-Appellants have consented to the filing of *amici curiae* briefs in this appeal.

9. Given the number of Defendants and the fact that the NAACP and National Urban League were not specifically listed in the February 17, 2015 e-mail request for consent, to avoid any confusion as to which Defendant consented to which *amicus*, *amici* NAACP and National Urban League file this Motion.

WHEREFORE, movants pray that their Motion be granted, and that this Court allow the filing of this *amici curiae* brief in this appeal, which has been filed simultaneously with this Motion.

Respectfully submitted,

Attorneys for *Amici Curiae*,

/s/ Michael L. Foreman

Michael L. Foreman
  *Counsel of Record*
PENNSYLVANIA STATE UNIVERSITY
DICKINSON SCHOOL OF LAW
CIVIL RIGHTS APPELLATE CLINIC
329 Innovation Blvd., Suite 118
State College, PA 16803
(814) 865-3832
mlf25@psu.edu

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2015, I electronically filed the foregoing motion with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties are registered as ECF filers and that they will be served by the CM/ECF system and upon counsel listed below via United Parcel Service:

*Attorneys for Plaintiffs Pedro Lopez, et al.:*

>  Harold L. Lichten
>  Benjamin Weber
>  Lichten & Liss-Riordan, P.C.
>  729 Boylston Street, Ste. 2000
>  Boston, MA 02116

*Attorneys for John Michael Sullivan, in his capacity as Mayor of the City of Lawrence, Massachusetts*:

>  Charles Dunstan Boddy, Jr.
>  Richard D'Agostino
>  Office of the City Attorney
>  200 Common St., Ste. 306
>  Lawrence, MA 01840

*Attorneys for William Manzi, III, in his capacity as Mayor Methuen, Massachusetts*:

>  Anne L. Radazzo
>  25 Westwind Dr.
>  Methuen, MA 01844

>  Kerry M. Regan
>  City of Methuen
>  Office of the City Solicitor
>  41 Pleasant St., Suite 311
>  Methuen, MA 01844

*Attorneys for Commonwealth of Massachusetts*:

    Iraida J. Alvarez
    Robert Lawrence Quinan, Jr.
    Sookyoung Shin
    MA Attorney General's Office
    1 Ashburton Place, 20th Floor
    Boston, MA 02108

*Attorneys for City of Lowell, MA*

    Rachel M. Brown
    Shapiro Haber & Urmy LLP
    Seaport East
    1 Seaport Lane
    Boston, MA 02210

    Christine Patricia O'Connor
    City of Lowell
    375 Merrimack St., 3rd Fl.
    Lowell, MA 01852

*Attorneys for City of Worcester, MA*:

    Daniel C. Brown
    Joshua Ryan Coleman
    Tim D. Norris
    Collins, Loughran & Peloquin P.C.
    320 Norwood Park South
    Norwood, MA 02062

*Attorneys for City of Boston, MA:*

    Kay H. Hodge
    John Matthew Simon
    99 High St., Suite 1601
    Boston, MA 02201

    Lisa Skehill Maki

    City of Boston Law Department
    One City Hall Plaza
    Room 615
    Boston, MA 02201

    Robert P. Morris
    Morgan, Brown & Joy LLP
    200 State St., 11th Fl.
    Boston, MA 02109

*Attorneys for City of Springfield, MA, and Domenic J. Sarno, Jr. in his capacity as Mayor for the City of Springfield:*

    Maurice Martin Cahillane
    Egan, Flanagan & Cohen PC
    67 Market St.
    Springfield, MA 01102

    Harry P. Carroll
    John Thomas Liebel
    Edward M. Pikula
    City of Springfield
    Law Department
    36 Court St.
    Springfield, MA 01103

    William G. Cullinan
    O'Connor Martinelli & Cohn
    1391 Main St., Ste. 1022
    Springfield, MA 01103

*Attorneys for Massachusetts Bay Transportation Authority (MBTA)*

    Kevin Sean McDermott
    MBTA Law Department
    10 Park Plaza, Suite 7760
    Boston, MA 02116

                                 Attorneys for *Amici Curiae*,

/s/ Michael L. Foreman

Michael L. Foreman
  *Counsel of Record*
PENNSYLVANIA STATE UNIVERSITY
DICKINSON SCHOOL OF LAW
CIVIL RIGHTS APPELLATE CLINIC
329 Innovation Blvd., Suite 118
State College, PA 16803
(814) 865-3832
mlf25@psu.edu