# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 14-1952          **Short Title:** Lopez v. City of Lawrence

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

United States _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

s/ Bonnie I. Robin-Vergeer _____          March 6, 2015 _____
Signature                                         Date

Bonnie I. Robin-Vergeer _____
Name

U.S. Department of Justice, Civil Rights Division, Appellate Section          (202) 353-2464 _____
Firm Name (if applicable)                                         Telephone Number

Ben Franklin Station, P.O. Box 14403 _____          (202) 514-8490 _____
Address                                         Fax Number

Washington, DC 20044-4403 _____          Bonnie.Robin-Vergeer@usdoj.gov ___
City, State, Zip Code                                         Email (required)

Court of Appeals Bar Number: 76876 _____

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 09-1664 _____
==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print          Reset