# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 14-1952     **Short Title:** Lopez v. City of Lawrence

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>United States</u> as the

[ ] appellant(s)     [ ] appellee(s)     [✔] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

<u>s/ Sharon M. McGowan</u>  
Signature

<u>March 6, 2015</u>  
Date

<u>Sharon M. McGowan</u>  
Name

<u>U.S. Department of Justice, Civil Rights Division, Appellate Section</u>  
Firm Name (if applicable)

<u>(202) 514-1144</u>  
Telephone Number

<u>Ben Franklin Station, P.O. Box 14403</u>  
Address

<u>(202) 514-8490</u>  
Fax Number

<u>Washington, DC 20044-4403</u>  
City, State, Zip Code

<u>Sharon.McGowan2@usdoj.gov</u>  
Email (required)

Court of Appeals Bar Number: <u>83554</u>

Has this case or any related case previously been on appeal?

[ ] No     [✔] Yes   Court of Appeals No. <u>09-1664</u>

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print     Reset