# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 14-1952     **Short Title:** Lopez v. City of Lawrence

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Professor Mark Brodin _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

//s Mark S. Brodin
Signature

March 9, 2015
Date

Mark S. Brodin
Name

Boston College Law School
Firm Name (if applicable)

617 552-4420
Telephone Number

885 Centre Street
Address

617 552-2615
Fax Number

Newton, MA 02459
City, State, Zip Code

brodin@bc.edu
Email (required)

Court of Appeals Bar Number: 55660

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).