# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 14-1952  **Short Title:** Lopez v. City of Lawrence

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

See attached list _____ as the

[ ] appellant(s)  [ ] appellee(s)  [✔] amicus curiae

[ ] petitioner(s)  [ ] respondent(s)  [ ] intervenor(s)

/s/ Gary Klein  March 9, 2015
Signature  Date

Gary Klein
Name

Klein Kavanagh Costello, LLP  (617) 357-5031
Firm Name (if applicable)  Telephone Number

85 Merrimac Street, 4th Floor  (617) 357-5030
Address  Fax Number

Boston, MA  02114  klein@kkcllp.com
City, State, Zip Code  Email (required)

Court of Appeals Bar Number: 45412

Has this case or any related case previously been on appeal?

[ ] No  [✔] Yes  Court of Appeals No. 09-1664

=================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Massachusetts Association of Minority Law Enforcement
National Association for the Advancement of Colored People – New England Area Conference
Urban League of Eastern Massachusetts
Professor Mark Brodin