# United States Court of Appeals
## For the First Circuit

No. 14-1952

PEDRO LOPEZ, individually and on behalf of a class of individuals similarly situated; ABEL CANO, individually and on behalf of a class of individuals similarly situated; KEVIN SLEDGE, individually and on behalf of a class of individuals similarly situated; CHARLES DEJESUS, individually and on behalf of a class of individuals similarly situated; RICHARD BROOKS, individually and on behalf of a class of individuals similarly situated; THE MASSACHUSETTS HISPANIC LAW ENFORCEMENT ASSOCIATION, individually and on behalf of a class of individuals similarly situated; ROBERT ALVAREZ, individually and on behalf of a class of individuals similarly situated; SPENCER TATUM, individually and on behalf of a class of individuals similarly situated; SHUMEAND BENFOLD, individually and on behalf of a class of individuals similarly situated; ANGELA WILLIAMS-MITCHELL, individually and on behalf of a class of individuals similarly situated; GWENDOLYN BROWN, individually and on behalf of a class of individuals similarly situated; LYNETTE PRAILEAU, individually and on behalf of a class of individuals similarly situated; TYRONE SMITH, individually and on behalf of a class of individuals similarly situated; EDDY CHRISPIN, individually and on behalf of a class of individuals similarly situated; DAVID E. MELVIN, individually and on behalf of a class of individuals similarly situated; STEVEN MORGAN, individually and on behalf of a class of individuals similarly situated; WILLIAM E. IRAOLO, individually and on behalf of a class of individuals similarly situated; JOSE LOZANO, individually and on behalf of a class of individuals similarly situated; COURTNEY A. POWELL, individually and on behalf of a class of individuals similarly situated; JAMES L. BROWN, individually and on behalf of a class of individuals similarly situated; GEORGE CARDOZA, individually and on behalf of a class of individuals similarly situated; LARRY ELLISON, individually and on behalf of a class of individuals similarly situated; DAVID SINGLETARY, individually and on behalf of a class of individuals similarly situated; CHARISSE BRITTLE POWELL, individually and on behalf of a class of individuals similarly situated; CATHENIA D. COOPER-PATERSON, individually and on behalf of a class of individuals similarly situated; MOLWYN SHAW, individually and on behalf of a class of individuals similarly situated; LAMONT ANDERSON, individually and on behalf of a class of individuals similarly situated; GLORIA KINKEAD, individually and on behalf of a class of individuals similarly situated; KENNETH GAINES, individually and on behalf of a class of individuals similarly situated; MURPHY GREGORY, individually and on behalf of a class of individuals similarly situated; JULIAN TURNER, individually and on behalf of a class of individuals similarly situated; NEVA GRICE, individually and on behalf of a class of individuals similarly situated; DELORES E. FACEY, individually and on behalf of a class of individuals similarly situated; LISA VENUS, individually and on behalf of a class of individuals similarly situated; RODNEY O. BEST, individually and on behalf of a class of individuals similarly situated; KAREN VANDYKE, individually and on behalf of a class of individuals similarly situated; ROBERT C. YOUNG, individually and on behalf of a class of individuals similarly situated; ROYLINE LAMB, individually and on behalf of a class of individuals similarly situated; LYNN DAVIS, individually and on behalf of a class of individuals similarly situated; JAMES A. JACKSON, individually and on behalf of a class of individuals similarly

situated; JUAN ROSARIO, individually and on behalf of a class of individuals similarly situated; LOUIS ROSARIO, JR., individually and on behalf of a class of individuals similarly situated; OBED ALMEYDA, individually and on behalf of a class of individuals similarly situated; DEVON WILLIAMS, individually and on behalf of a class of individuals similarly situated; JULIO M. TOLEDO, individually and on behalf of a class of individuals similarly situated,

Plaintiffs – Appellants,

MARISOL NOBREGA, individually and on behalf of a class of individuals similarly situated Plaintiff,

v.

CITY OF LAWRENCE, MASSACHUSETTS; CITY OF METHUEN, MASSACHUSETTS; COMMONWEALTH OF MASSACHUSETTS; PAUL DIETL, in his capacity as Personnel Administrator for the Commonwealth of Massachusetts; JOHN MICHAEL SULLIVAN, in his capacity as Mayor of the City of Lawrence, Massachusetts; WILLIAM MANZI, III, in his capacity as Mayor of the City of Methuen, Massachusetts; CITY OF LOWELL; CITY OF WORCESTER, MASSACHUSETTS; APPOINTING AUTHORITY FOR THE CITY OF LOWELL; MICHAEL O'BRIEN, in his capacity as City Manager of the City of Worcester, Massachusetts; CITY OF BOSTON, MA; CITY OF SPRINGFIELD, MA; DOMENIC J. SARNO, JR., in his capacity as Mayor for the City of Springfield; MASSACHUSETTS BAY TRANSPORTATION AUTHORITY; DANIEL GRABAUSKAS, in his capacity as General Manager; BOARD OF TRUSTEES OF THE MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,

Defendants – Appellees,

WILLIAM F. MARTIN, in his capacity as Mayor of the City of Lowell, Massachusetts; KONSTANTINA B. LUKES, in her capacity as Mayor of the City of Worcester, Massachusetts,

Defendants.

---

**CORRECTED UNOPPOSED MOTION OF MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE – NEW ENGLAND AREA CONFERENCE, URBAN LEAGUE OF EASTERN MASSACHUSETTS AND PROFESSOR MARK BRODIN FOR LEAVE TO FILE AMICUS-CURIAE BRIEF**

Pursuant to Fed. R. App. P. 29(a), Massachusetts Association of Minority Law Enforcement Officers ("MAMLEO"), National Association for the Advancement of Colored People – New England Area Conference ("NAACP-New England"), Urban League of Eastern Massachusetts ("ULEM") and Professor Mark Brodin (collectively "Proposed Amici") respectfully move the Court for leave to file an amicus-curiae brief in the above captioned appeal. In support of this Motion, the Proposed Amici aver as follows:

1.      The organizational Proposed Amici wish to participate in this matter as amicus curiae in order to provide the Court with the perspective of their minority members. The organizational Proposed Amici are non-profit entities that have long advocated for the civil rights of minority Massachusetts residents.

2.      Professor Brodin wishes to participate in this matter because discrimination against minority job candidates, particularly in police departments, has long been a focus of his academic and professional career. Professor Brodin wishes to apprise this Court of the long history in Massachusetts of discrimination in police promotion.

3.      MAMLEO is an organization composed largely of minority police officers in Massachusetts. It has long advocated for fairness in police hiring and promotions.

4. The mission of the NAACP-New England is to ensure the political, educational, social, and economic equality of rights of all persons and to eliminate racial hatred and racial discrimination.

5. For nine decades, the Urban League-Eastern MA and its predecessors have been fighting for the rights of minorities in Massachusetts.

6. Professor Mark Brodin is Lee Distinguished Scholar at Boston College Law School. He has substantial expertise in employment discrimination law that bears directly on the issues in this litigation and an interest in Title VII being interpreted in accordance with its intended purpose and meaning.

7. Further information about the Proposed Amici is available in the Statement of Interest included in the proposed brief of the Amici Curiae.

8. The Proposed Amici have a valuable perspective on the history of discrimination in Massachusetts' law enforcement as well as on the history of Title VII of the Civil Rights Act.

9. The Proposed Amici wish to participate in this matter in order to advocate for fairness in the Defendants' hiring and promotion practices, an issue that affects both their members who are employment candidates and their members who may be the subject of policing in their communities.

10. The brief of the Proposed Amici is filed contemporaneously.

11. Among other things, the tendered brief provides the Proposed Amici's perspective on the relevant history of Title VII, describes the relevant history of discrimination in Massachusetts' law enforcement hiring and promotion practices, offers critical information on the composition of the relevant police forces in relation to community demographics (at the time this matter was tried), and provides the Proposed Amici's views on the deficiencies in the District Court's judgment. While their views are generally aligned with those of the Plaintiffs, they wish to participate as amici because the issues on appeal are of critical importance in the minority community at large, including to those affected by police practices.

12. No Defendant opposes this motion. City of Lawrence, City of Methuen, City of Lowell, and the MBTA have stated, through counsel, that they assent. City of Boston and the City of Methuen have stated through counsel that they do not oppose.

WHEREFORE, for the reasons stated, the Proposed Amici respectfully request the Court grant this Motion for Leave to File Amicus-Curiae Brief.

Dated: March 9, 2015

                                            Respectfully Submitted,

                                            On behalf of the Proposed Amici,

| | |
|---|---|
| */s/ Gary Klein*<br>Gary Klein  (C.A.B. 45412)<br>Kevin Costello<br>Corinne Reed<br>Klein Kavanagh Costello, LLP<br>85 Merrimac Street, 4th Floor<br>Boston. MA  02114<br><br>Phone: (617) 357-5500<br>Fax: (617) 357-5030<br>Email: klein@kkcllp.com<br>Email: costello@kkcllp.com<br>Email: reed@kkcllp.com | Ray McClain, Director<br>Employment Discrimination Project<br>Lawyer's Committee for Civil Rights<br>Under Law<br>1401 New York Ave., NW, Ste 400<br>Washington, DC  20005<br><br>Phone: (202) 662-8600<br>Fax: (202) 783-0857<br>Email: RMcClain@lawyerscommittee.org |
| */s/ Mark S. Brodin*<br>Mark Brodin  (C.A.B. 55660)<br>Professor and Michael & Helen Lee Distinguished Scholar<br>Boston College Law School<br>885 Centre St.<br>Newton, MA  02459<br><br>Phone: (617) 552-4420<br>Fax: (617) 552-2615<br>Email: brodin@bc.edu | |

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2015, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties are registered as ECF filers and that they will be served by the CM/ECF system:

Charles Dunstan Boddy
Jr. Richard D'Agostino
Office of the City Attorney
200 Common St., Ste 306
Lawrence, MA 01840

Ann L. Radazzo
25 Westwind Dr.
Methuen, MA 01844

Kerry M. Regan
City of Methuen
Office of the City Solicitor
41 Pleasant St., Suite 311
Methuen, MA 01844

Iraida J. Alvarez
Robert Lawrence Quinan, Jr.
Sookyoung Shin
MA Attorney General's Office
1 Ashburton Place, 20th Floor
Boston, MA 02108

Rachel M. Brown
Shaprio Haber & Urmy LLP
Seaport East
2 Seaport Lane
Boston, MA 02210

Christine Patricia O'Connor
City of Lowell
375 Merrimack St., 3rd Floor
Lowell, MA 01852

Daniel C. Brown
Joshua Ryan Coleman
Tim D. Norris
Collins, Loughran & Peloquin P.C.
320 Norwood Park South
Norwood, MA 02062

Laurence J. Donoghue
Law Office of Corinne Hood Greene
One Thompson Square, Ste. 502
Charlestown, MA 02109

Kay H. Hodge
John Matthew Simon
99 High St., Suite 1601
Boston, MA 02201

Lisa Skehill Maki
City of Boston Law Department
One City Hall Plaza
Room 615
Boston, MA 02201

Robert P. Morris
Morgan Brown & Joy LLP
200 State St., 11th Floor
Boston, MA 02109

Maurice Martin Cahillane
Egan, Flanagan & Cohen PC
67 Market St.
Springfield, MA 01102

Harry P. Carroll
John Thomas Liebel

Edward M. Pikula
City of Springfield
Law Department
36 Court St.
Springfield, MA 01103

William G. Cuillinan
O'Connor Martinelli & Cohn
1391 Main St., Ste. 1022
Springfield, MA 01103

Kevin Sean McDermott
MBTA Law Department
10 Park Plaza, Suite 7760
Boston, MA 02116

Harold Lichten
Benjamin Weber
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116

Stephen Churchill
Fair Work, P.C.
192 South Street, Suite 450
Boston, MA 02111

                                      */s/ Gary Klein*
                                      Gary Klein