# United States District Court
# District of Massachusetts

**PEDRO LOPEZ, et al**

                PLAINTIFFS

**v.**

**CITY OF LAWRENCE, et al**            **CIVIL ACTION NO.: 14-1952**

                DEFENDANTS

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my appearance as attorney for the defendants, City of Springfield and Mayor Dominic J. Sarno, in the above entitled action.

Respectfully submitted,


/s/   Anthony I. Wilson

_____
Anthony I. Wilson, Esq. BBO#682573
City of Springfield
Law Department
36 Court Street, Room 210
Springfield, MA 01103
Phone: 413-787-6085
Fax:  413-787-6173
awilson@springfieldcityhall.com

---

**CERTIFICATE OF SERVICE**

**The undersigned hereby certifies that a true copy of the within Appearance was this day served upon Plaintiff via the Federal Court's ECF Notice and delivery System to all parties.**

**SIGNED under the pains and penalties of perjury.**

**Dated:    March 11, 2015**

**/s/**  Anthony I. Wilson

_____

**Anthony I. Wilson, Esq.**