# United States Court of Appeals
# For The First Circuit

**PEDRO LOPEZ, et al**
     PLAINTIFFS

  **v.**

**CITY OF LAWRENCE, et al**
     DEFENDANTS

       **CIVIL ACTION NO.: 14-1952**

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE CITY OF SPRINGFIELD AND MAYOR DOMINIC J. SARNO BY MAURICE M. CAHILLANE ONLY

TO THE CLERK OF THE ABOVE NAMED COURT:

   Now comes the undersigned, Maurice M. Cahillane, and respectfully requests that he be allowed to withdraw his appearance as attorney for the defendants, City of Springfield and Mayor Dominic J. Sarno, in the above entitled action.  These defendants will continue to be represented by attorneys, Edward M. Pikula, John T. Liebel and Anthony I. Wilson.

Respectfully submitted,

/s/  Maurice M. Cahillane
_____
Maurice M. Cahillane, Esq. BBO#069660
Egan, Flanagan & Cohen, PC
67 Market Street
P.O. Box 9035
Springfield, MA 01103
Phone: 413-737-0260
mmc@efclaw.com

---

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the within Notice of Removal of Appearance was this day served upon Plaintiff via the Federal Court's ECF Notice and delivery System to all parties.

SIGNED under the pains and penalties of perjury.

Dated:  **March 12, 2015**

/s/  Maurice M. Cahillane

_____

**Maurice M. Cahillane, Esq.**