# United States Court of Appeals
## For the First Circuit

No. 14-1952

PEDRO LOPEZ, individually
and on behalf of a class of individuals similarly situated, ET AL

Plaintiffs - Appellants

MARISOL NOBREGA, individually
and on behalf of a class of individuals similarly situated

Plaintiff

v.

CITY OF LAWRENCE, MASSACHUSETTS, ET AL

Defendants - Appellees

WILLIAM F. MARTIN, in his capacity as Mayor of the City of Lowell, Massachusetts;
KONSTANTINA B. LUKES, in her capacity as Mayor of the City of Worcester, Massachusetts

Defendants

### ORDER OF COURT

Entered: March 16, 2015
Pursuant to 1st Cir. R. 27.0(d)

Attorney Maurice M. Cahillane's motion to withdraw as counsel for Appellees City of Springfield, MA and Domenic J. Sarno, Jr. is allowed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Harold Lichten
Stephen Churchill
Shannon Liss-Riordan
Benjamin Weber

Charles Boddy, Jr.
Kerry Regan
Iraida Alvarez
Robert Quinan, Jr.
Sookyoung Shin
Rachel Brown
Christine O'Connor
Joshua Coleman
Tim Norris
Kay Hodge
Lisa Maki
Robert Morris
John Simon
Susan Weise
Maurice Cahillane
Harry Carroll
John Liebel
Edward Pikula
Anthony Wilson
Kevin McDermott
Sharon McGowan
Bonnie Robin-Vergeer
Michael Foreman
Mark Brodin
Kevin Costello
Gary Klein
Ray McClain