Case: 14-1952 Document: 00116814673 Page: 1 Date Filed: 03/24/2015 Entry ID: 5895212

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

PEDRO LOPEZ, et al.,

Appellants,

v.

CITY OF LAWRENCE, et al.,

Appellees.

Case No. 14-1952

**APPELLEES' JOINT, PARTIALLY ASSENTED-TO MOTION FOR 60-DAY EXTENSION OF TIME TO FILE BRIEFS**

Appellees hereby jointly move for a 60-day extension of time - 30 days of which Appellants assent to - to file their briefs (from April 2, 2015 to June 1, 2015). As grounds for this motion, Appellees state as follows:

1. After two extensions of time - totaling 59 days - and a Court order allowing Appellants an additional seven days in which to file a conforming brief, Appellants filed their brief on March 2, 2015. Appellees' briefs are therefore currently due by April 2, 2015.

2. Appellees require additional time to prepare and file responsive briefs for the following reasons:

a. This case's magnitude and complexity require the additional time sought. This appeal, which concerns the critically important issue of disparate impact under Title VII,

follows an 18-day trial and involves thousands of pages of exhibits and complex statistical and validation expert testimony. Reflective of this case's scope, Appellants filed a 92-page brief, along with some 160 pages of addendum materials, to which Appellees must respond.

b. No less than three amicus briefs have been filed on Appellants' behalf, offering additional argument Appellees must address.

c. All but two of Appellees' current lawyers (those for the MBTA and the City of Springfield) were not counsel during the trial of this matter and are therefore new to this case. Counsel require additional time to better familiarize themselves with the relevant law, the case's record and the many issues this appeal presents.

d. Due to the press of their existing caseloads, as well as other long-standing professional and personal commitments, undersigned counsel require more time to research, draft and file their briefs.

3. This is Appellees' first request for an extension of time to file their briefs.

4. Counsel for Appellants has been contacted about this motion and has indicated that Appellants assent only to a 30-day extension at this time, so as to consider additional extension requests in the future. For the reasons outlined above,

Case: 14-1952 Document: 00116814673 Page: 3 Date Filed: 03/24/2015 Entry ID: 5895212

Appellees require a 60-day extension and respectfully suggest that Appellants' piecemeal approach would unnecessarily waste the Court's and parties' time and resources.

5. Appellees respectfully represent that this extension will not prejudice any party and is in the interests of justice and fair play. Indeed, Appellants sought and received an extension nearly identical to that sought herein by Appellees.

For the foregoing reasons, Appellees respectfully request that the deadline for filing their briefs be extended to June 1, 2015.

Respectfully submitted,

CITY OF BOSTON,

/s/John M. Simon
Kay H. Hodge (C.A.B. 11284)
John M. Simon (C.A.B. 86185)
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789

Susan M. Weise (C.A.B. 5682)
Lisa Skehill Maki (C.A.B. 1140641)
City of Boston Law Department
1 City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4040

Case: 14-1952 Document: 00116814673 Page: 4 Date Filed: 03/24/2015 Entry ID: 5895212

CITY OF LAWRENCE and JOHN MICHAEL SULLIVAN, in his capacity of Mayor,

/s/Charles Dunstan Boddy, Jr.
Charles Dunstan Boddy, Jr. (C.A.B. 6963)
Office of the City Attorney
200 Common Street, Suite 306
Lawrence, MA 01840
(978) 620-3030

APPOINTING AUTHORITY FOR THE CITY OF LOWELL and WILLIAM F. MARTIN, in his capacity of Mayor,

/s/Christine Patricia O'Connor
Rachel M. Brown (C.A.B. 123539)
Christine Patricia O'Connor (C.A.B. 55980)
Office of the City Solicitor
City of Lowell, Law Department
City Hall, 375 Merrimack Street, 3rd Floor
Lowell, MA 01852-5909
(978) 970-4050

CITY OF METHUEN and WILLIAM MANZI, III, in his capacity as Mayor,

/s/Kerry R. Jenness
Kerry R. Jenness (C.A.B. 87787)
City of Methuen
Office of the City Solicitor
41 Pleasant St., Suite 311
Methuen, MA 01844
(978) 983-8575

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, DANIEL GRABAUSKAS, in his capacity as General Manager, and BOARD OF TRUSTEES OF THE MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,

/s/Kevin Sean McDermott
Kevin Sean McDermott (C.A.B. 36352)
Massachusetts Bay Transportation Authority
Law Department
Ten Park Plaza, Suite 7760
Boston, MA 02116
(617) 222-4756

CITY OF SPRINGFIELD and DOMENIC J. SARNO, in his capacity of Mayor,

/s/Anthony I. Wilson
Edward M. Pikula (C.A.B. 10464)
John Thomas Liebel (C.A.B. 1029462)
Anthony I. Wilson (C.A.B. 1157353)
City of Springfield Law Department
36 Court Street, Room 210
Springfield, MA 01103
(413) 787-6085

CITY OF WORCESTER; CITY MANAGER OF WORCESTER; and MAYOR OF WORCESTER,

/s/Tim D. Norris
Tim D. Norris (C.A.B. 7834)
Joshua Ryan Coleman (C.A.B. 1145285)
Collins Loughran & Peloquin, P.C.
320 Norwood Park
Norwood, MA 02062
(781) 762-2229

Dated: March 24, 2015

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on this date.

March 24, 2105

/s/John M. Simon
John M. Simon