# United States Court of Appeals
## For the First Circuit

_____

No. 14-1952

PEDRO LOPEZ, individually and on behalf of a class of individuals similarly situated; ABEL
CANO, individually and on behalf of a class of individuals similarly situated; KEVIN SLEDGE,
individually and on behalf of a class of individuals similarly situated; CHARLES DEJESUS,
individually and on behalf of a class of individuals similarly situated; RICHARD BROOKS,
individually and on behalf of a class of individuals similarly situated; THE MASSACHUSETTS
HISPANIC LAW ENFORCEMENT ASSOCIATION, individually and on behalf of a class of
individuals similarly situated; ROBERT ALVAREZ, individually and on behalf of a class of
individuals similarly situated; SPENCER TATUM, individually and on behalf of a class of
individuals similarly situated; SHUMEAND BENFOLD, individually and on behalf of a class of
individuals similarly situated; ANGELA WILLIAMS-MITCHELL, individually and on behalf of
a class of individuals similarly situated; GWENDOLYN BROWN, individually and on behalf of
a class of individuals similarly situated; LYNETTE PRAILEAU, individually and on behalf of a
class of individuals similarly situated; TYRONE SMITH, individually and on behalf of a class of
individuals similarly situated; EDDY CHRISPIN, individually and on behalf of a class of
individuals similarly situated; DAVID E. MELVIN, individually and on behalf of a class of
individuals similarly situated; STEVEN MORGAN, individually and on behalf of a class of
individuals similarly situated; WILLIAM E. IRAOLO, individually and on behalf of a class of
individuals similarly situated; JOSE LOZANO, individually and on behalf of a class of
individuals similarly situated; COURTNEY A. POWELL, individually and on behalf of a class
of individuals similarly situated; JAMES L. BROWN, individually and on behalf of a class of
individuals similarly situated; GEORGE CARDOZA, individually and on behalf of a class of
individuals similarly situated; LARRY ELLISON, individually and on behalf of a class of
individuals similarly situated; DAVID SINGLETARY, individually and on behalf of a class of
individuals similarly situated; CHARISSE BRITTLE POWELL, individually and on behalf of a
class of individuals similarly situated; CATHENIA D. COOPER-PATERSON, individually and
on behalf of a class of individuals similarly situated; MOLWYN SHAW, individually and on
behalf of a class of individuals similarly situated; LAMONT ANDERSON, individually and on
behalf of a class of individuals similarly situated; GLORIA KINKEAD, individually and on
behalf of a class of individuals similarly situated; KENNETH GAINES, individually and on
behalf of a class of individuals similarly situated; MURPHY GREGORY, individually and on
behalf of a class of individuals similarly situated; JULIAN TURNER, individually and on behalf
of a class of individuals similarly situated; NEVA GRICE, individually and on behalf of a class
of individuals similarly situated; DELORES E. FACEY, individually and on behalf of a class of
individuals similarly situated; LISA VENUS, individually and on behalf of a class of individuals
similarly situated; RODNEY O. BEST, individually and on behalf of a class of individuals
similarly situated; KAREN VANDYKE, individually and on behalf of a class of individuals
similarly situated; ROBERT C. YOUNG, individually and on behalf of a class of individuals
similarly situated; ROYLINE LAMB, individually and on behalf of a class of individuals
similarly situated; LYNN DAVIS, individually and on behalf of a class of individuals similarly
situated; JAMES A. JACKSON, individually and on behalf of a class of individuals similarly
situated; JUAN ROSARIO, individually and on behalf of a class of individuals similarly

situated; LOUIS ROSARIO, JR., individually and on behalf of a class of individuals similarly situated; OBED ALMEYDA, individually and on behalf of a class of individuals similarly situated; DEVON WILLIAMS, individually and on behalf of a class of individuals similarly situated; JULIO M. TOLEDO, individually and on behalf of a class of individuals similarly situated,

Plaintiffs – Appellants,

MARISOL NOBREGA, individually and on behalf of a class of individuals similarly situated

Plaintiff,

v.

CITY OF LAWRENCE, MASSACHUSETTS; CITY OF METHUEN, MASSACHUSETTS; COMMONWEALTH OF MASSACHUSETTS; PAUL DIETL, in his capacity as Personnel Administrator for the Commonwealth of Massachusetts; JOHN MICHAEL SULLIVAN, in his capacity as Mayor of the City of Lawrence, Massachusetts; WILLIAM MANZI, III, in his capacity as Mayor of the City of Methuen, Massachusetts; CITY OF LOWELL; CITY OF WORCESTER, MASSACHUSETTS; APPOINTING AUTHORITY FOR THE CITY OF LOWELL; MICHAEL O'BRIEN, in his capacity as City Manager of the City of Worcester, Massachusetts; CITY OF BOSTON, MA; CITY OF SPRINGFIELD, MA; DOMENIC J. SARNO, JR., in his capacity as Mayor for the City of Springfield; MASSACHUSETTS BAY TRANSPORTATION AUTHORITY; DANIEL GRABAUSKAS, in his capacity as General Manager; BOARD OF TRUSTEES OF THE MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,

Defendants – Appellees,

WILLIAM F. MARTIN, in his capacity as Mayor of the City of Lowell, Massachusetts; KONSTANTINA B. LUKES, in her capacity as Mayor of the City of Worcester, Massachusetts,

Defendants.

_____

**ORDER OF COURT**

Entered: April 8, 2015
Pursuant to 1st Cir. R. 27.0(d)

The unopposed motion of the Massachusetts Association of Minority Law Enforcement Officers, National Association for the Advancement of Colored People - New England Area Conference, Urban League of Eastern Massachusetts and Professor Mark Brodin for leave to file an amicus curiae brief in support of Appellants is granted, and the brief is accepted for filing this day.

By the Court:

/s/ Margaret Carter, Clerk

cc: Iraida J. Alvarez, Charles Dunstan Boddy Jr., Rachel M. Brown, Maurice Martin Cahillane, Harry P. Carroll, Stephen S. Churchill, Joshua Ryan Coleman, Kay H. Hodge, Harold L. Lichten, John Thomas Liebel, Shannon Liss-Riordan, Lisa Skehill Maki, Kevin Sean McDermott, Robert P. Morris, Tim D. Norris, Christine Patricia O'Connor, Edward M. Pikula, Robert Lawrence Quinan Jr., Kerry M. Regan, Sookyoung Shin, John Matthew Simon, Susan M. Weise