# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| PEDRO LOPEZ, et al. | ) |
| Plaintiffs-Appellants, | ) |
| v. | ) Appeal No. 14-1952 |
| CITY OF LAWRENCE, MASSACHUSETTS, et al. | ) |
| Defendants-Appellees. | ) |

## **NOTICE OF APPEARANCE**

Kindly enter the appearance of the undersigned counsel on behalf of amici curiae the International Municipal Lawyers Association, and the Massachusetts Municipal Lawyers Association. Counsel for the Plaintiffs-Appellants has assented to the filing of an amicus brief by these amici curiae.

        Respectfully submitted,
        INTERNATIONAL MUNICIPAL
        LAWYERS ASSOCIATION AND
        MASSACHUSETTS MUNICIPAL
        LAWYERS  ASSOCIATION,

        By their attorneys,

        /s/ *Peter L. Mello*
        Christopher J. Petrini (C.A.B. 1136164)
        cpetrini@petrinilaw.com
        Peter L. Mello (C.A.B. 1136166)
        pmello@petrinilaw.com
        Petrini & Associates, P.C.
        372 Union Avenue
        Framingham, MA 01702
        (508) 665-4310

Dated:  May 11, 2015

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

      /s/ *Peter L. Mello*_____
      PETER L. MELLO

*2015.05.08 Notice of Appearance CJP-PLM (2700-71)*