## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

|  |  |
|---|---|
| ) | |
| PEDRO LOPEZ, et al. ) | |
| ) | |
| Plaintiffs-Appellants, ) | |
| v. ) | Appeal No. 14-1952 |
| ) | |
| CITY OF LAWRENCE, MASSACHUSETTS, ) | |
| et al. ) | |
| Defendants-Appellees. ) | |
| ) | |

## MOTION TO EXTEND TIME TO FILE AMICUS BRIEF

Amici curaie, the International Municipal Lawyers Association ("IMLA"), and

the Massachusetts Municipal Lawyers Association ("MMLA"), hereby move for an

extension of time to file their amicus brief in this matter until June 26, 2015. Counsel for

all parties have assented to the filing of an amicus brief by these amici curiae, and have

also assented to the extension of time requested in this motion by way of email exchanges

with counsel for parties between May 6, 2015 and May 8, 2015.

The undersigned counsel were only recently authorized to file an amicus brief by

IMLA and MMLA.[1]  Pursuant to Fed. R. App. P. 29(e), the current due date for amicus

briefs in support of the Defendants-Appellees is June 8, 2015.  Given the complexities of

this matter, the volume of material, and the existing professional and personal

commitments of the undersigned counsel, counsel require additional time to research,

draft and file the amicus brief.  The requested extension is assented to by all parties, will

not prejudice any party and is in the interests of justice.

---

[1] Additional amici curiae including the Massachusetts Municipal Association, the Massachusetts Chiefs of
Police Association and the National Public Employers Labor Relations Association may also be interested
in joining the anticipated amicus brief of IMLA and MMLA.  Counsel will file a motion for leave to add
these additional amici curiae, if any, at the time of filing of the amicus brief on the requested June 26th date.

- 2 -

WHEREFORE, Amici Curiae, the International Municipal Lawyers Association

and the Massachusetts Municipal Lawyers Association, respectfully request that the

Court extend the deadline for filing their amicus brief in this matter until June 26, 2015.

Respectfully submitted,
INTERNATIONAL MUNICIPAL
LAWYERS ASSOCIATION AND
MASSACHUSETTS MUNICIPAL
LAWYERS  ASSOCIATION,

By their attorneys,


/s/ *Peter L. Mello*_____
Christopher J. Petrini (C.A.B. 1136164)
cpetrini@petrinilaw.com
Peter L. Mello (C.A.B. 1136166)
pmello@petrinilaw.com
Petrini & Associates, P.C.
372 Union Avenue
Framingham, MA 01702
(508) 665-4310

Dated:  May 11, 2015

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.


/s/ *Peter L. Mello*_____
PETER L. MELLO


*2015.05.08 Motion to Extend Time for Filing Amicus Brief (2700-71)*