# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| PEDRO LOPEZ, et al. | ) |
| | ) |
| Plaintiffs-Appellants, | ) |
| v. | ) Appeal No. 14-1952 |
| | ) |
| CITY OF LAWRENCE, MASSACHUSETTS, et al. | ) |
| | ) |
| Defendants-Appellees. | ) |

## **NOTICE OF APPEARANCE**

Kindly enter the appearance of the undersigned counsel on behalf of amici curiae the International Municipal Lawyers Association, and the Massachusetts Municipal Lawyers Association, joining the other counsel who have presently appeared in the case on behalf of these amici curiae. Counsel for the Plaintiffs-Appellants has assented to the filing of an amicus brief by these amici curiae.

                                    Respectfully submitted,
                                    INTERNATIONAL MUNICIPAL
                                    LAWYERS ASSOCIATION AND
                                    MASSACHUSETTS MUNICIPAL
                                    LAWYERS ASSOCIATION,

                                    By their attorneys,


                                     /s/ *Christopher L. Brown*
                                    Christopher L. Brown (C.A.B. 1170459)
                                    cbrown@petrinilaw.com
                                    Petrini & Associates, P.C.
                                    372 Union Avenue
                                    Framingham, MA 01702
                                    (508) 665-4310

Dated:  May 15, 2015

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

      /s/ *Christopher L. Brown*  
      CHRISTOPHER L. BROWN

*2015.05.15 Notice of Appearance CLB (2700-71)*