# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____
                                          )
PEDRO LOPEZ, et al.,                      )
                                          )
       Appellants                         )  Case No. 14-1952
                                          )
v.                                        )
                                          )
CITY OF LAWRENCE, MASSACHUSETTS,          )
et al.,                                   )
                                          )
       Appellees                          )
_____)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of James F. Kavanaugh, Jr. for the Appellees Massachusetts Bay Transportation Authority, Daniel Grabauskas, and Board of Trustees of the Massachusetts Bay Transportation Authority in the above-captioned matter.

    Respectfully submitted,

    MASSACHUSETTS BAY TRANSPORTATION
    AUTHORITY, DANIEL GRABAUSKAS, in his capacity
    as General Manager, and
    BOARD OF TRUSTEES OF THE
    MASSACHUSETTS BAY TRANSPORTATION
    AUTHORITY

    /s/ James F. Kavanaugh, Jr.
    James F. Kavanaugh, Jr. (C.A.B. 39984)
    Christopher K. Sweeney (C.A.B. 1158298)
    CONN KAVANAUGH ROSENTHAL
    PEISCH & FORD, LLP
    Ten Post Office Square
    Boston, MA 02109
    617-482-8200

Dated: May 21, 2015

## Certificate of Service

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on this date.

               /s/ Christopher K. Sweeney

May 21, 2015

1162230.1  05481-001