# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____ )
PEDRO LOPEZ, et al.,                        )
                                            )
                          Appellants        )  Case No. 14-1952
                                            )
v.                                          )
                                            )
CITY OF LAWRENCE, MASSACHUSETTS,            )
et al.,                                     )
                          Appellees         )
_____ )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Christopher K. Sweeney for the Appellees Massachusetts

Bay Transportation Authority, Daniel Grabauskas, and Board of Trustees of the Massachusetts

Bay Transportation Authority in the above-captioned matter

Respectfully submitted,

MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY, DANIEL GRABAUSKAS, in his capacity
as General Manager, and
BOARD OF TRUSTEES OF THE
MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY

/s/ Christopher K. Sweeney
James F. Kavanaugh, Jr. (C.A.B. 39984)
Christopher K. Sweeney (C.A.B. 1158298)
CONN KAVANAUGH ROSENTHAL
PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

Dated:  May 21, 2015

**<u>Certificate of Service</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on this date.

/s/ Christopher K. Sweeney

May 21, 2015

1162554.1  05481-001