# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____
                                              )
PEDRO LOPEZ, et al.,                          )
                                              )
       Appellants                             )   Case No. 14-1952
                                              )
v.                                            )
                                              )
CITY OF LAWRENCE, MASSACHUSETTS,              )
et al.,                                       )
                                              )
       Appellees                              )
_____)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of James F. Kavanaugh, Jr. for the Appellees Massachusetts Bay Transportation Authority, Daniel Grabauskas, and Board of Trustees of the Massachusetts Bay Transportation Authority in the above-captioned matter.

                                      Respectfully submitted,

                                      MASSACHUSETTS BAY TRANSPORTATION
                                      AUTHORITY, DANIEL GRABAUSKAS, in his capacity
                                      as General Manager, and
                                      BOARD OF TRUSTEES OF THE
                                      MASSACHUSETTS BAY TRANSPORTATION
                                      AUTHORITY

                                      /s/ James F. Kavanaugh, Jr.
                                      James F. Kavanaugh, Jr. (C.A.B. 39984)
                                      Christopher K. Sweeney (C.A.B. 1158298)
                                      CONN KAVANAUGH ROSENTHAL
                                      PEISCH & FORD, LLP
                                      Ten Post Office Square
                                      Boston, MA 02109
                                      617-482-8200

Dated:  May 21, 2015

## Certificate of Service

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on this date.

                 /s/ James F. Kavanaugh, Jr.

May 21, 2015

1162230.1  05481-001