UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

|  |  |
|---|---|
| PEDRO LOPEZ, et al. ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Case No. 14-1952 |
| ) | |
| CITY OF LAWRENCE, et al., ) | |
| ) | |
| Appellees. ) | |

**APPELLEE CITY OF BOSTON'S MOTION TO ENLARGE LENGTH OF BRIEF**

Pursuant to Fed. R. App. P. 27(a) and 32(a)(7)(B), and L.R. 32.4, the Defendant-Appellee City of Boston ("Boston") hereby respectfully moves for an order granting leave to increase the maximum length of their brief from 14,000 words to 21,000 words in length (as measured by Fed. R. App. P. 32(a)(7)(B)).

In support of this Motion Boston states as follows:

1.  This case presents many important and complex issues concerning the application of Title VII disparate impact law to the Massachusetts civil service police promotional examinations used by Boston in 2005 and 2008.

2.  On February 24, 2015, the Court granted leave for the Plaintiffs-Appellants to file an opening brief of 21,085 words. There have also been three (3) lengthy amicus briefs filed in support of the Plaintiffs-Appellees.

3.  This is a complex case, involving 45 plaintiffs, an 18-day bench trial (with nearly 2,400 pages of trial transcripts), and voluminous exhibits.  Following trial, all of the parties filed proposed findings of fact and conclusions of law ("proposed findings").  The Plaintiffs-Appellees proposed findings covering 92 pages, while Boston's proposed findings covered 68 pages.  In addition, both Boston and the Plaintiffs-Appellants then filed lengthy (20 and 28 pages) responses to the other's initial proposed findings.

4.  The District Court's decision, which was issued after the submission of these proposed findings, is 47 pages long.

5.  Boston believes it will require additional space in its brief to address the many issues raised by Plaintiffs-Appellants in their opening brief (which is over 21,000 words long) and the three amicus briefs, especially since much of the District Court's decision (and thus most of the Plaintiffs-Appellants' brief) concerned factual and legal matters that are not directly applicable to the other Defendants-Appellees.

For the foregoing reasons, Boston respectfully requests that the Court enter an order granting leave for Boston to file a brief with a maximum length of 21,000 words in length (as measured by Fed. R. App. P. 32(a)(7)(B)).

Respectfully submitted,

CITY OF BOSTON,


/s/John M. Simon
Kay H. Hodge (C.A.B. 11284)
John M. Simon (C.A.B. 86185)
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789

Susan M. Weise (C.A.B. 5682)
Lisa Skehill Maki (C.A.B. 1140641)
City of Boston Law Department
1 City Hall Plaza, Room 615
Boston, MA  02201
(617) 635-4040



Dated:  May 21, 2015


### Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on this date.


May 21, 2015                             /s/John M. Simon
                                         John M. Simon