# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____
)
PEDRO LOPEZ, et al.,                              )
                                                  )
        Appellants           )  Case No. 14-1952
                                                  )
v.                                                )
                                                  )
CITY OF LAWRENCE, MASSACHUSETTS,   )
et al.,                                           )
        Appellees            )
_____)

### APPELLEES' JOINT MOTION FOR ENLARGEMENT
### OF TIME TO FILE BRIEF

    Appellees hereby jointly move for a 16-day extension of time to file their briefs (from June 1, 2015 to June 17, 2015). As grounds therefor, Appellees state as follows:

    1.    This case involves complex disparate-impact claims under Title VII of the Civil Rights Act. Appellants allege that the City of Boston, the Massachusetts Bay Transportation Authority, and the municipalities of Lawrence, Methuen, Lowell, Worcester, and Springfield each administered a promotional examination to police sergeant candidates that had the effect of discriminating against Appellants, who are minority applicants for vacant sergeant positions in jurisdictions controlled by Appellees.

    2.    Trial of this matter lasted 18-days and resulted in a judgment for the

Appellees.

3. On appeal, Appellants have submitted a 92-page brief that raises a number of complex issues involving the statistical significance of the examination results and the validity of the examination itself. The record spans almost 5,000 pages, much of which is dedicated to sophisticated expert testimony.

4. Appellants received two extensions of time to file their brief, totaling 59-days.

5. Given the length and complexity of the record and the importance of the issues involved in this case, Appellees require additional time to review the record, conduct legal research, and respond to the arguments raised in Appellants' lengthy brief.

WHEREFORE, Appellees respectfully request that the Court extend the deadline for Appellees to file their briefs to June 17, 2015.

Respectfully submitted,

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY
DANIEL GRABAUSKAS, in his capacity as General Manager, and
BOARD OF TRUSTEES OF THE
MASSACHUSETTS BAY TRANSPORTATION AUTHORITY

/s/ Christopher K. Sweeney
James F. Kavanaugh, Jr. (C.A.B. 39984)
Christopher K. Sweeney (C.A.B. 1158298)
CONN KAVANAUGH ROSENTHAL
PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200
jkavanaugh@connkavanaugh.com
csweeney@connkavanaugh.com

Kevin Sean McDermott (C.A.B. 36352)
Massachusetts Bay Transportation Authority
Law Department
Ten Park Plaza, Suite 7760
Boston, MA 02116
617-222-4756

CITY OF BOSTON

/s/ Kay H. Hodge
Kay H. Hodge (C.A.B. 11284)
John M. Simon (C.A.B. 86185)
Stoneman, Chandler & Miller, LLP
99 High Street
Boston, MA 02110
617-542-6789

Susan M. Weise (C.A.B. 5682)
Lisa Skehill Maki (C.A.B. 1140641)
City of Boston Law Department
1 City Hall Plaza, Room 615
Boston, MA 02201
617-635-4040

CITY OF LAWRENCE and JOHN MICHAEL SULLIVAN
in his capacity as Mayor

/s/ Charles Dunstan Boddy, Jr.
Charles Boddy (C.A.B. 6963)
City Attorney
City of Lawrence
200 Common Street
Lawrence, MA 01840
(978) 620-3030

APPOINTING AUTHORITY FOR THE CITY OF LOWELL
and WILLIAM F. MARTIN, in his capacity as Mayor

/s/ Christine Patricia O'Connor
Rachel M. Brown (C.A.B. 123539)
Law Department (C.A.B. 55980)
375 Merrimack Street, 3rd Floor
Lowell, MA  01852
978-674-4050

CITY OF METHUEN and WILLIAM MANZI, III,
in his capacity as Mayor

/s/ Kerry R. Jenness
Kerry R. Jenness (C.A.B. 87787)
City of Methuen
Officer of the City Solicitor
41 Pleasant Street, Suite 311
Methuen, MA 01844
978-983-8576

CITY OF SPRINGFIELD and DOMENIC J. SARNO,
in his capacity as Mayor

/s/ Anthony I. Wilson
Edward M. Pikula (C.A.B. 10464)
John Thomas Liebel (C.A.B. 1029462)
Anthony I. Wilson (C.A.B. 1157353)
City of Springfield Law Department
36 Court Street, Room 210
Springfield, MA 01103
413-787-6085

CITY OF WORCESTER, CITY MANAGER OF WORCESTER, and
MAYOR OF WORCESTER

/s/ Tim D. Norris
Tim D. Norris (C.A.B. 7834)
Joshua Ryan Coleman (C.A.B. 1145285)
Collins Loughran & Peloquin, P.C.
320 Norwood Park
Norwood, MA 02062
781-762-2229

Dated:  May 22, 2015

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on this date.

                                    /s/ Christopher K. Sweeney

May 22, 2015

1162168.1  05481-001