# United States Court of Appeals
# For The First Circuit

**PEDRO LOPEZ, et al**
      PLAINTIFFS

**v.**

**CITY OF LAWRENCE, et al**          **CIVIL ACTION NO.: 14-1952**
      DEFENDANTS

## DEFENDANT/APPELLEES, CITY OF SPRINGFIELD'S, MOTION TO ENLARGE LENGTH OF BRIEF

Now comes the Defendant/Appellee, City of Springfield ("Springfield") and pursuant to Fed. R. App. P. 27(a) and 32(a)(7)(B), respectfully moves for an order seeking leave to increase the word limit from fourteen thousand (14,000) to twenty-one thousand (21,000) words. As grounds for this motion, Springfield's counsel states that the brief in this case ran more than twenty-one thousand (21,000) words after several drafts. After conscious effort to reduce the word count, Springfield's counsel has been able to bring the word count down to twenty-one thousand (21,000) words.

Given the extreme complexity and importance of the legal issues represented in this case along with the complex area of case law involving Title VII litigation regarding police and fire departments, to say nothing of having to address eighteen (18) days of trial testimony, much of which was given by experts, Springfield's counsel does not believe they can fairly cut any more out of their brief without significantly sacrificing the interest of their client.

Accordingly, the Defendant/Appellee City of Springfield, moves this Honorable Court for permission to submit a brief containing twenty-one thousand (21,000) words.

**Respectfully submitted,**

**The Defendant,
City of Springfield
By its attorneys**

/s/   Edward M. Pikula, Esq.

/s/   Anthony I. Wilson, Esq.

_____
Edward M. Pikula, Esq. BBO#399770
Anthony I. Wilson, Esq.  BBO # 682573
City of Springfield Law Department
36 Court Street, Room 210
Springfield, MA  01103
Phone   413-787-6085
Fax       413-787-6173
epikula@springfieldcityhall.com
awilson@springfieldcityhall.com

---

**CERTIFICATE OF SERVICE**

**The undersigned hereby certifies that a true copy of the within Motion to Enlarge Number of Words/Pages from 14,000 to 21,000 was this day served upon Plaintiff via the Federal Appeals Court's ECF Notice and delivery System to all parties.**

**SIGNED under the pains and penalties of perjury.**

**Dated:**

/s/  Anthony I. Wilson

_____

Anthony I. Wilson, Esq.