# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

|  |  |
|---|---|
| PEDRO LOPEZ, et al., | ) |
| Appellants | ) Case No. 14-1952 |
| v. | ) |
| CITY OF LAWRENCE, MASSACHUSETTS, et al., | ) |
| Appellees | ) |

## APPELLEES, CITY OF SPRINGFIELD AND DOMENIC SARNO'S, ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO FILE BRIEF

Appellees, City of Springfield and Domenic Sarno, hereby move for a 2-day extension of time to file its brief (from June 17, 2015 to June 19, 2015). As grounds therefor, Appellees state as follows:

1. Counsel for the Appellees was away on vacation during the first week of June. When he returned, a number of matters had arisen in the Superior and District court that required urgent attention. Based on these events, Counsel was unable to complete his brief in the time allotted and requires a two day extension.

2. The parties have consulted about this matter and all parties assent to this extension for the City of Springfield and Domenic Sarno.

3. This extension will not impact the remaining Appellees who have indicated that their briefs will be filed by the current deadline.

WHEREFORE, Appellees, City of Springfield and Domenic Sarno, respectfully request that the Court extend the deadline for Appellees to file their briefs to June 19, 2015.

Respectfully submitted,

CITY OF SPRINGFIELD and DOMENIC J. SARNO,
in his capacity as Mayor,
By their Attorneys

/s/ Anthony I. Wilson
Edward M. Pikula (C.A.B. 10464)
John Thomas Liebel (C.A.B. 1029462)
Anthony I. Wilson (C.A.B. 1157353)
City of Springfield Law Department
36 Court Street, Room 210
Springfield, MA 01103
413-787-6085

Dated:  May 21, 2015

## **Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on this date.

/s/ Anthony I. Wilson

June 16, 2015