# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 14-1952           Short Title: Lopez v. City of Lawrence

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

City of Lawrence _____ as the

[ ] appellant(s)           [✓] appellee(s)           [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)         [ ] intervenor(s)

/s/ Raquel D. RUano  
Signature

June 16, 2015  
Date

Raquel D. Ruano  
Name

City Attorney's Office  
Firm Name (if applicable)

(978) 620-3030  
Telephone Number

200 Common Street, Suite 306  
Address

(978) 722-9150  
Fax Number

Lawrence, MA 01840  
City, State, Zip Code

RRuano@cityoflawrence.com  
Email (required)

Court of Appeals Bar Number: 1153249

Has this case or any related case previously been on appeal?

[✓] No         [ ] Yes   Court of Appeals No._____

===============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).