No. 14-1952

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

PEDRO LOPEZ, ET AL.,

Plaintiffs-Appellants,

v.

CITY OF LAWRENCE, MASSACHUSETTS, ET AL.,

*Defendants-Appellees*

ON APPEAL FROM A JUDGMENT IN A CIVIL CASE ENTERED IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2015, a copy of the foregoing Notice of Appearance of Raquel D. Ruano filed through CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/S/ Raquel D. Ruano
Raquel D. Ruano

Dated: June 16, 2015