# ATTACHMENT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al.,

    Plaintiffs

v.

CITY OF LAWRENCE, et al.

    Defendants

Civil Action No. 07-11693-GAO

# AFFIDAVIT OF SALLY MCNEELY

I, Sally McNeely, hereby depose and say that:

1. Since 2009, I have been the Director of Policy for the Commonwealth of Massachusetts' Human Resources Department ("HRD"). Previously, I was HRD's Director of the Organizational Development Group ("ODG") for several years. HRD's Civil Service Unit ("CSU") is part of ODG. I have been continually employed by HRD since 1983 and became Director of Policy after a series of successive promotions over my tenure with HRD.

2. Among other duties as Director of ODG, I oversaw the CSU. This oversight included but was not limited to the administration and first-level enforcement of Massachusetts civil service law and associated rules and regulations; establishing eligibility lists for entry level and promotional positions for police officers; and maintaining HRD CSU records.

3. HRD CSU paper records, which include but are not limited to an individual's application and supporting documentation, are only maintained for five (5) years but most of that information is maintained electronically.

4. In the course of its operations, HRD CSU uses five racial/ethnic classifications: W – White, B – Black, H – Hispanic, A – Asian, and I – Native American.

5. HRD CSU has defined "Hispanic" since the 1970's consistent with the <u>Castro</u> and <u>NAACP</u> consent decrees, as an individual (or whose family) who originates from a Spanish speaking country in the Western Hemisphere and who either speaks Spanish or was raised in a household where Spanish was the primary language.

**Sally McNeely Affidavit**
**September 2010**
**Page Two**

6. Under the HRD CSU definitions, an individual (or whose family) originates from the Philippines is "Asian" and not "Hispanic."

7. Consistent with the Castro consent decree, when an individual applies for an entry level police position, he or she self identifies whether he or she is "Hispanic" [originally the term used was 'Spanish-surnamed'].

8. As part of 2002 lawsuit that Alvarez brought against the City of Lowell, HRD produced HRD CSU records pertaining to Robert Alvarez. Due to the 5 year paper record retention policy, paper records created before 2001 no longer existed. However, I did provide the following HRD CSU records as part of that 2002 lawsuit:

    a. Applicant Information;
    b. Individual Eligibility Record Display – Exam Date: March 3, 1986;
    c. Individual Eligibility Record Display – Exam Date: March 5, 1988;
    d. Individual Eligibility Record Display – Exam Date: October 27, 1990;
    e. Individual Eligibility Record Display – Exam Date: October 17, 1998;
    f. Individual Eligibility Record Display – Exam Date: October 21, 2000;
    g. Certification issued to Town Administrator's Office – Paul F. Talbot, Billerica, MA dated July 9, 1986;
    h. Certification issued to Board of Selectmen – Edna B. White, Groton, MA dated January 1, 1987; and.
    i. Expired Eligibility List for the Lowell Police Department regarding the 1998 statewide police sergeant's examination.

9. The score that Alvarez received for each examination process is listed where the electronic records states "SCORE."

10. The electronic records of Alvarez show that his race (or ethnicity), which HRD considers to be the same thing, fluctuates between White and Hispanic. It should be noted that at the time, if Plaintiff did not provide this information, the designation defaulted to "White." However, this default is separate and distinct from the electronic records that reflect race and ethnic changes in June 2, 1987 and January 7, 1988.

**Sally McNeely Affidavit**
**September 2010**
**Page Three**

11. With respect to the 1998 statewide Sgt. Expired Eligibility List for the Lowell Police Department, the electronic record dated August 1, 2005 contained the list of the thirty one (31) Lowell Police Department police officers who passed the examination. When the eligibility list was established, HRD pursuant to laws, regulations and rules, did not provide the entire Eligibility List to the City of Lowell with the actual scores of all thirty-one (31) officers who passed. When the Expired Eligibility List was produced in 2005, score information was redacted from the printed record, but the names were listed in rank order according to the score received on the examination.

12. The only time HRD provided municipalities with a candidate's name and examination score was when it provided a specific certified Eligibility List, known as a certification, to appoint a specific number of candidates using the 2n+1 formula. Per applicable law, rule and/or regulation, no information regarding persons who failed any HRD examination, such as the 1998 police sergeant promotional examination is provided to a civil service community.

13. All of the preceding records and attached as exhibits to this affidavit are true and accurate copies of official HRD records that it is required to create and maintained and are made in the usual course of business.

Made and signed under the pains and penalties of perjury this 13th Day of September 2010.

_Sally A. McNeely_
Sally McNeely

Page: 1 Document Name: untitled

```
SCREEN1                    APPLICANT INFORMATION                          NTAPP115

ALVAREZ,ROBERT E                         SSN: ##########  HISPN MALE
                                         DOB: ##########  TEL: ##########
                                         HANDICAP:
    RACE CHANGED - ELIG UNIT(BJS)/ADDR CHG PER CD 1.7.88LL

   ANNC        TITLE                        TYPE    SCHED      APP-CNTL

   9452  MASS STATE POLICE TROOPER            O    19841110    429780113
         DIVISION OF STATE POLICE
   1023  POLICE OFFICER                       O    19860308    604450236
   2181  STATE POLICE TROOPER                 O    19870829    717060272
         DEPT OF PUBLIC SAFETY
   2395  POLICE OFFICER                       O    19880305    803210216
   3721  POLICE OFFICER                       O    19901027    024900270
 √ 6430  POLICE SERGEANT                      P    19981017    822300025
         LOWELL POLICE DEPT
 √ 6360  POLICE SERGEANT                      P    20001021    023400178
         LOWELL POLICE DEPT
------ PF3 -----------------------PF9--------------------------------
       RETURN                     QUIT
```

√ = Applications attached.

Date: 8/1/2005  Time: 4:56:30 PM

```
Page: 1 Document Name: untitled

SCREEN1                    APPLICANT INFORMATION                    NTAPP115
-----------------------------------------------------------------------------
✓2750 POLICE SERGEANT                              P   20031018   324550016
     LOWELL POLICE DEPARTMENT
------ PF3 -----------------------------PF9----------------------------------
       RETURN                           QUIT
```

Date: 8/1/2005 Time: 4:56:46 PM

```
                    INDIVIDUAL ELIGIBILITY RECORD DISPLAY              NTCIV12Z
                                                               EXAM DATE 1986/03/08
                         POLIC    OPEN COMPETITIVE             ELIG DATE EXPIRED
   ALVAREZ,ROBERT E               POLICE OFFICER
                                  STATE, CITIES & TOWNS
                 01844       DEPT NO:       0   ANNC: 1023   DOB:
 SCORE    91.00
 PRIORITY NV SPEC-GRP    SEX M RACE WHITE       PROM-PREF
 FLAG M FLAG-DATE 19870503    PERM APPTD TO MUNI DEPT    CORR-NO  862872 POOL D
       P/T  PT-ONLY   INT    DNC      LAID OFF P/T:
 STATE:  Y             Y              SPEC-QUAL:
 CITY:   Y             Y              SPEC-IND:    CH-126
 PERM P TEMP T HOME-CITY 411 LOWEL CH-708-DT         CH-126-DT
 PERM VIC: 410  418  412  356  358  333  425  512  408  502  518  511
 TEMP VIC: 410  418  412  356  358  333  425  512  408  502  518  511
 STATE DEPT CERT-ONLY:         0          0         0 DNC DEPT         0
 MUNI  DEPT CERT-ONLY:         0          0         0                  0
 HS GRAD
 NOT A VET (NOT WARTIME SERVICE)** 06.02.87 ETHNIC ID CHANGED PER LGL C
 02.20.87 PHYSICAL PASSED-BILLERICA (GF)
 B.C. FILED (GF)
  SENIOR:        0 REEMP:       0 LAYOFF:       0
  TO DISPLAY ANOTHER RECORD ENTER Y, OR TO RETURN TO PRIOR MENU ENTER X ===>
```

Date: 1/24/2006 Time: 5:38:47 PM

```
Page: 1 Document Name: untitled
```

```
                    INDIVIDUAL ELIGIBILITY RECORD DISPLAY           NTCIV12Z
                                                            EXAM DATE 1988/03/05
                          POLIC    OPEN COMPETITIVE         ELIG DATE EXPIRED
      ALVAREZ,ROBERT E            POLICE OFFICER
                                  STATE, CITIES & TOWNS
                   01844         DEPT NO:      0  ANNC: 2395  DOB:
SCORE     97.00
PRIORITY NV SPEC-GRP    SEX M RACE WHITE      PROM-PREF
FLAG     FLAG-DATE                                  CORR-NO       0 POOL D
         P/T   PT-ONLY   INT   DNC     LAID OFF P/T:
STATE:    Y             Y              SPEC-QUAL:
CITY:     Y             Y              SPEC-IND:       CH-126
PERM P TEMP T HOME-CITY 511 LAWRN CH-708-DT       CH-126-DT
PERM VIC:  807    419    412
TEMP VIC:  807    419    412
STATE DEPT CERT-ONLY:          0            0        0 DNC DEPT        0
MUNI  DEPT CERT-ONLY:          0            0        0                 0
BC FILED/HS GRAD


  SENIOR:        0 REEMP:         0 LAYOFF:          0
  TO DISPLAY ANOTHER RECORD ENTER Y, OR TO RETURN TO PRIOR MENU ENTER X ===>
```

```
Date: 1/24/2006 Time: 5:41:22 PM
```

Case: 14-1952   Document: 00116851240   Page: 9   Date Filed: 06/17/2015   Entry ID: 5915926
Case 1:07-cv-11693-GAO   Document 307   Filed 10/04/10   Page 8 of 18

Page: 1 Document Name: untitled

```
                    INDIVIDUAL ELIGIBILITY RECORD DISPLAY              NTCIV12Z
                                                              EXAM DATE 1990/10/27
                          POLIC    OPEN COMPETITIVE           ELIG DATE EXPIRED
   ALVAREZ,ROBERT E                POLICE OFFICER
                                   STATE, CITIES & TOWNS
                     01844         DEPT NO:     0   ANNC: 3721   DOB:
  SCORE    97.00
  PRIORITY NV SPEC-GRP    SEX M RACE HISP         PROM-PREF
  FLAG    FLAG-DATE                                       CORR-NO      0 POOL C
          P/T  PT-ONLY   INT   DNC     LAID OFF P/T:
  STATE:   Y             Y                SPEC-QUAL:
  CITY:    Y             Y                SPEC-IND:     CH-126
  PERM P TEMP T HOME-CITY   0       CH-708-DT          CH-126-DT
  PERM VIC:  807   411    410   425
  TEMP VIC:  807   411    410   425
  STATE DEPT CERT-ONLY:         0          0          0 DNC DEPT       0
  MUNI  DEPT CERT-ONLY:         0          0          0                0


  SENIOR:       0 REEMP:        0 LAYOFF:       0
  TO DISPLAY ANOTHER RECORD ENTER Y, OR TO RETURN TO PRIOR MENU ENTER X ===>
```

Date: 1/24/2006 Time: 5:41:47 PM

```
Page: 1  Document Name: untitled

                   INDIVIDUAL ELIGIBILITY RECORD DISPLAY              NTCIV12Z
                                                              EXAM DATE 1998/10/17
   [redacted]         0083B    DEPARTMENT PROMO               ELIG DATE EXPIRED
   ALVAREZ, ROBERT E            POLICE SERGEANT
   [redacted]                   LOWELL POLICE DEPARTMENT
   [redacted]    01844   DEPT NO: 41101400  ANNC: 6430   DOB: [redacted]
   SCORE    85.00
   PRIORITY NV SPEC-GRP   SEX M RACE WHITE       PROM-PREF
   FLAG     FLAG-DATE                                CORR-NO         0 POOL
           P/T  PT-ONLY   INT   DNC    LAID OFF P/T:
   STATE:   Y              Y                SPEC-QUAL:
   CITY:    Y              Y                 SPEC-IND:     CH-126
   PERM P TEMP T HOME-CITY 501    CH-708-DT            CH-126-DT
   PERM VIC:
   TEMP VIC:
   STATE DEPT CERT-ONLY:       0           0         0 DNC DEPT      0
   MUNI  DEPT CERT-ONLY:       0           0         0                0




   SENIOR:       0 REEMP:       0 LAYOFF:       0
   TO DISPLAY ANOTHER RECORD ENTER Y, OR TO RETURN TO PRIOR MENU ENTER X ===>




   Date: 1/24/2006 Time: 5:42:16 PM
```

Case: 14-1952    Document: 00116851240    Page: 11    Date Filed: 06/17/2015    Entry ID: 5915926
Case 1:07-cv-11693-GAO   Document 307   Filed 10/04/10   Page 10 of 18

Page: 1 Document Name: untitled

```
                    INDIVIDUAL ELIGIBILITY RECORD DISPLAY            NTCIV12Z
                                                            EXAM DATE 2000/10/21
                            0083B    DEPARTMENT PROMO       ELIG DATE EXPIRED
        ALVAREZ,ROBERT E             POLICE SERGEANT
                                     LOWELL POLICE DEPARTMENT
                            01844    DEPT NO: 41101400  ANNC: 6360  DOB:
SCORE      76.00
PRIORITY NV SPEC-GRP    SEX M RACE HISP      PROM-PREF
FLAG     FLAG-DATE                                   CORR-NO       0 POOL
         P/T   PT-ONLY    INT    DNC      LAID OFF P/T:
STATE:    Y              Y                SPEC-QUAL:
CITY:     Y              Y                SPEC-IND:       CH-126
PERM P TEMP T HOME-CITY 501     CH-708-DT            CH-126-DT
PERM VIC:
TEMP VIC:
STATE DEPT CERT-ONLY:        0          0         0 DNC DEPT       0
MUNI  DEPT CERT-ONLY:        0          0         0                0




SENIOR:       0 REEMP:       0 LAYOFF:        0
TO DISPLAY ANOTHER RECORD ENTER Y, OR TO RETURN TO PRIOR MENU ENTER X ===>
```

Date: 1/24/2006  Time: 5:42:44 PM

```
Page: 1 Document Name: untitled

        0083A                                                    1987/01/15      1
                862872          EDNA B. WHITE, CHAIRMAN
   BOARD OF SELECTMEN           BOARD OF SELECTMEN
                                GROTON TOWN HALL
                                GROTON, MA 01450
         GROTON
   6 PERMANENT FULL TIME POLICE OFFICER@$390.42 PER WEEK.
   SELECTION MUST BE OF    6 OF THE FIRST    13 HIGHEST WHO WILL ACCEPT
         NAME/ ADDRESS OF ELIG APPLICANTS      ELIG-EXP  PER-CENT   F R O W S
         HERNANDEZ,LUIS A.              H      0000/00/00

         DRISTILARIS,JOHN G                    0000/00/00

         TUOMI,MICHAEL L                       0000/00/00

         KNOWLTON,MARK W                       0000/00/00


         ENTER 'X' TO QUIT THE DISPLAY
```

Date: 1/24/2006 Time: 6:00:08 PM

Page: 1 Document Name: untitled

| Name | | Date |
|---|---|---|
| LEWIS, AUBREY E | B | 0000/00/00 |
| DOWNESII, JAMESS G | | 0000/00/00 |
| MCKEON, GARY R | | 0000/00/00 |
| MORSE, BRIAN F | | 0000/00/00 |
| ALVAREZ, ROBERT E | H | 0000/00/00 |
| FOLEY, ROBERT F, JR | | 0000/00/00 |
| HAAPAKOSKI, NANCY E | | 0000/00/00 |
| MURRAY, CHRISTOPHER A | | 0000/00/00 |
| BROWN, DARRYL R. | B | 0000/00/00 |
| BUTLER, STEPHEN T | | 0000/00/00 |

ENTER 'X' TO QUIT THE DISPLAY

Date: 1/24/2006 Time: 6:00:30 PM

Page: 1 Document Name: untitled

```
        0083A                                               1986/07/09        1
           861457         PAUL F. TALBOT, ADMINISTRATOR
TOWN ADMINISTRATOR'S OFFICE    TOWN ADMINISTRATOR'S OFFICE
                               BILLERICA TOWN HALL
                               BILLERICA, MA
    BILLERICA
12 PERM INTERMITTENT POLICE OFFICER @$10.04 PER HOUR.
SELECTION MUST BE OF   12 OF THE FIRST    25 HIGHEST WHO WILL ACCEPT

        NAME/ ADDRESS OF ELIG APPLICANTS        ELIG-EXP  PER-CENT   F R O W S

        VOLEL, NANCY M.                 B       0000/00/00

        MANDARANO, FRANCIS C                    0000/00/00

        CONEENY, CATHLEEN M                     0000/00/00

        CULLEN, JAMES A                         0000/00/00


        ENTER 'X' TO QUIT THE DISPLAY
```

Date: 1/24/2006  Time: 6:01:11 PM

Page: 1 Document Name: untitled

| | | |
|---|---|---|
| RIOS, SANTIAGO | | 0000/00/00 |
| ELMORE, STEVEN F | | 0000/00/00 |
| MACKENZIE, FRANK A | | 0000/00/00 |
| NESTOR, RICHARD F | | 0000/00/00 |
| ALVAREZ, ROBERT E | H | 0000/00/00 |
| TREMBLAY, STEVEN P | | 0000/00/00 |
| CONWAY, MARTIN E | | 0000/00/00 |
| GLAVIN, RICHARD J | | 0000/00/00 |
| MOORE, KENNETH W | B | 0000/00/00 |
| KENT, DAVID P. | | 0000/00/00 |

ENTER 'X' TO QUIT THE DISPLAY

Date: 1/24/2006 Time: 6:01:56 PM

```
                                      HUMAN RESOURCE DIVISION                      014

Page: 1 Document Name: untitled

              EXPIRED LIST                         ELIG DATE: 1999/03/29
DEPARTMENT PROMO           ANNC: 6430              EXAM DATE: 1998/10/17
POLICE SERGEANT                                       TITLE CODE: 0083B
LOWELL POLICE DEPARTMENT                              DEPT NO: 41101400

    1. GOLNER, BARRY G                      NV           03/29/1999
                                            M-PERM      1999/09/0
    2. LAROCQUE, DANIEL R                   NV           03/29/1999
                                            M-PERM      2000/07/0
    3. CRAWFORD, DONALD G                   NV           03/29/1999
                                            M-PERM      2000/08/2
    4. O'NEILL, STEVEN P                    NV           03/29/1999
                                            M-PERM      2000/10/0
    5. KENNEDY, THOMAS D                    NV           03/29/1999
                                            M-PERM      2000/10/0
    6. ALVAREZ, ROBERT E                    NV           03/29/1999

    7. LEARY, JOHN G                        NV           03/29/1999

    8. GUILFOYLE, JOHN P                    PP           03/29/1999

TO RETURN TO PRIOR DISPLAY, ENTER X ==>




Date: 8/1/2005 Time: 5:00:40 PM
```

```
08/03/05  16:52 FAX 517 727 0398        HUMAN RESOURCE DIVISION              ☒015
```

Page: 1 Document Name: untitled

```
                EXPIRED LIST                         ELIG DATE: 1999/03/29
       DEPARTMENT PROMO         ANNC: 6430           EXAM DATE: 1998/10/17
       POLICE SERGEANT                                  TITLE CODE: 0083B
       LOWELL POLICE DEPARTMENT                         DEPT NO: 41101400

         9.  FINNERAL, CHRISTOPH H                  ▓▓▓▓ NV        03/29/1999
        10.  ESPINOLA, JOSEPH M                     ▓▓▓▓ NV        03/29/1999
        11.  LOMBARD, THOMAS E                      ▓▓▓▓ PP        03/29/1999
        12.  LEAVITT, RICHARD J                     ▓▓▓▓ NV        03/29/1999
        13.  HICKMAN, LAWRENCE J                    ▓▓▓▓ NV        03/29/1999
        14.  HODGDON IV, JAMES J                    ▓▓▓▓ NV        03/29/1999
        15.  NOONE, JONATHAN M                      ▓▓▓▓ NV        03/29/1999
        16.  FULLER, SCOTT M                        ▓▓▓▓ NV        03/29/1999

       TO RETURN TO PRIOR DISPLAY, ENTER X ==>
```

Date: 8/1/2005 Time: 5:00:59 PM

```
                                            HUMAN RESOURCE DIVISION                @016

Page: 1 Document Name: untitled

         EXPIRED LIST                              ELIG. DATE: 1999/03/29
DEPARTMENT PROMO              ANNC: 6430           EXAM DATE: 1998/10/17
POLICE SERGEANT                                    TITLE CODE: 0083B
LOWELL POLICE DEPARTMENT                           DEPT NO: 41101400

  17. LYMAN, EDWARD V                               PP      03/29/1999
  18. SANTIAGO, JOSE O                              PP      03/29/1999
  19. BOISVERT, MARTIN G                            NV      03/29/1999
  20. MORRILL, STEPHEN M                            NV      03/29/1999
  21. DALY JR., THOMAS J                            NV      03/29/1999
  22. DYER, ROBERT J                                NV      03/29/1999
  23. LUMENELLO, CHRIS                              NV      03/29/1999
  24. LAMARCHE, DANIEL E                            PP      03/29/1999

TO RETURN TO PRIOR DISPLAY, ENTER X ==>
```

Date: 8/1/2005 Time: 5:01:18 PM

```
                                                              ☒ 017
Page: 1 Document Name: untitled

            EXPIRED LIST                        ELIG DATE: 1999/03/29
    DEPARTMENT PROMO         ANNC: 6430         EXAM DATE: 1998/10/17
    POLICE SERGEANT                              TITLE CODE: 0083B
    LOWELL POLICE DEPARTMENT                     DEPT NO: 41101400

        25. CORCORAN, PAUL G                    ▓▓▓▓ NV      03/29/1999
            ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        26. BRACKETT, CROSBY                    ▓▓▓▓ PP      03/29/1999
            ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        27. QUIRBACH, DAVID A                   ▓▓▓▓ NV      03/29/1999
            ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        28. DIXON, VANESSA E                    ▓▓▓▓ NV      03/29/1999
            ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        29. POIRIER, MARK R                     ▓▓▓▓ NV      03/29/1999
            ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        30. EVANSWITTS, KAREN F                 ▓▓▓▓ NV      03/29/1999
            ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        31. SHEEHAN, JOHN J                     ▓▓▓▓ NV      03/29/1999
            ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    TO RETURN TO PRIOR DISPLAY, ENTER X ==>
```

Date: 8/1/2005 Time: 5:01:39 PM