Case: 14-1952   Document: 87   Page: 4   Date Filed: 06/17/2015   Entry ID: 5915911

**Corporate Disclosure Statement**

    Pursuant to Federal Rule of Appellate Procedure 26.1, the Defendant-Appellee, City of Lawrence, states that it is a municipality located within the Commonwealth of Massachusetts, without any parent corporation, that it has issued no stock, and that there is no publicly held corporation that owns any such stock.