No. 14-1952

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
_____

PEDRO LOPEZ, et al.
Plaintiffs-Appellants
v.
THE CITY OF LAWRENCE, et al.
Defendants-Appellees

_____

**MOTION OF AMICI CURIAE INTERNATIONAL MUNICIPAL
LAWYERS ASSOCIATION, MASSACHUSETTS MUNICIPAL LAWYERS
ASSOCIATION, MASSACHUSETTS MUNICIPAL ASSOCIATION,
NATIONAL PUBLIC EMPLOYER LABOR RELATIONS ASSOCIATION,
MASSACHUSETTS CHIEFS OF POLICE ASSOCIATION, INC., AND
FIRE CHIEFS ASSOCIATION OF MASSACHUSETTS, INC.,
FOR LEAVE TO FILE AMICUS BRIEF**

Pursuant to Fed. R. App. P. 29(b), amici curiae, the International Municipal

Lawyers Association, the Massachusetts Municipal Lawyers Association, the

Massachusetts Municipal Association, the National Public Employers Labor

Relations Association, the Massachusetts Chiefs of Police Association, Inc., and

the Fire Chiefs Association of Massachusetts, Inc., respectfully move the Court for

an order granting them leave to file an amicus brief in support of the defendants-

appellees in this matter and supporting affirmance of the District Court's judgment.

The proposed brief is filed herewith.

Counsel for all parties have assented to the filing of an amicus brief by

IMLA and MMLA, but the other amici have since joined the brief and accordingly

the amici as a whole are seeking leave of Court to file the amicus brief with the

expanded group of amici.  The grounds for this motion are as follows:

1.      The Massachusetts Municipal Lawyers Association ("MMLA"),

formerly known as the City Solicitors and Town Counsel Association, is the oldest

and largest bar association dedicated to the practice of municipal law in the

Commonwealth of Massachusetts.  The members of the MMLA include attorneys

and their assistants who represent municipal governments as city solicitor, town

counsel, town attorney, or corporation counsel.  Members of the MMLA also

include attorneys who represent or advise cities, towns, and other governmental

agencies in other capacities.  MMLA's mission is to promote better local

government through the advancement of municipal law.

2.      The International Municipal Lawyers Association ("IMLA") is a non-

profit, nonpartisan professional organization consisting of more than 2500

members.  The membership is comprised of local government entities, including

cities, counties and subdivisions thereof, as represented by their chief legal

officers, state municipal leagues, and individual attorneys.  IMLA serves as an

international clearinghouse of legal information and cooperation on municipal

legal matters.  Established in 1935, IMLA is the oldest and largest association of

attorneys representing United States municipalities, counties and special districts. IMLA's mission is to advance the responsible development of municipal law through education and advocacy by providing the collective viewpoint of local governments around the country on legal issues before the United States Supreme Court, the United States Courts of Appeals, and in state supreme and appellate courts.

3.      The Massachusetts Municipal Association ("MMA") is a nonprofit, nonpartisan statewide association of 347 member cities and towns. The MMA provides advocacy, training, publications, research, and other services to its members. The MMA is governed by a Board of Directors composed of mayors, selectmen, managers, councilors, and Finance Committee members from across Massachusetts. It brings municipal officials together to establish unified policies, to advocate these policies, and to share information that increases the efficiency and cost effectiveness of service delivery to community residents.

4.      The National Public Employer Labor Relations Association ("NPELRA") is a not-for-profit corporation established in 1970. The purpose of NPELRA is to represent public sector and not-for-profit entities and practitioners of labor and employee relations employed by them. NPELRA and its members function as fiduciaries to the interests of the citizens, in part, by advocating the

development of sound local, state and national policy relative to hiring, compensation, benefits, and employee/labor management relations.

5.     The Massachusetts Chiefs of Police Association, Inc. ("MCOPA") is a non-profit corporation whose members are municipal police chiefs throughout Massachusetts.  Established in 1887 and incorporated in 1949, MCOPA is the oldest professional association of police executives in the United States.  MCOPA is committed to the improvement and professionalism of law enforcement in Massachusetts, sponsors educational and training programs for police chiefs, and advocates for the enactment of appropriate legislation.

6.     The Fire Chiefs Association of Massachusetts, Inc. ("FCAM"), established in 1893, is a non-profit corporation composed of the Fire Chiefs of cities and towns across the state.  FCAM's purpose is to further the professional advancement of the fire service; to serve as the recognized Fire Chiefs' organization for the exchange of ideas, knowledge and experience in the area affecting fire prevention, fire extinguishment, and the safety of life and property from fire; and to promote efficient fire administration.

7.     The Court in this case is called upon to address, among other issues, whether individual community results on a statewide promotional examination can be aggregated to establish a prima facie showing of disparate impact under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.  The Court's ruling

in this matter on this issue will have a direct impact on public employers in the 1st

Circuit with statewide civil service systems and potentially could impact statewide

civil service systems elsewhere in the United States.

8.    This case raises issues which go beyond those specific to the

defendants-appellees and the proposed amicus brief addresses those issues,

including concerns and arguments which are not made, or are made from a

different perspective, in the defendants-appellees' briefs.  Given that the amici

constitute a broad representative group of public employer interests both in and

outside of Massachusetts, they respectfully submit that their views on behalf of

their different constituency groups will be of value to the Court in deciding this

case and should be entertained.

Respectfully submitted,

INTERNATIONAL MUNICIPAL
LAWYERS ASSOCIATION,
MASSACHUSETTS MUNICIPAL
LAWYERS ASSOCIATION,
MASSACHUSETTS MUNICIPAL
ASSOCIATION, NATIONAL PUBLIC
EMPLOYER LABOR RELATIONS
ASSOCIATION, MASSACHUSETTS
CHIEFS OF POLICE ASSOCIATION,
INC., AND FIRE CHIEFS ASSOCIATION
OF MASSACHUSETTS, INC.
By their attorneys,

/s/ *Christopher J. Petrini*
Christopher J. Petrini (C.A.B. 1136164)
cpetrini@petrinilaw.com
Christopher L. Brown (C.A.B. 1170459)
cbrown@petrinilaw.com
Petrini & Associates, P.C.
372 Union Avenue
Framingham, MA 01702
Phone:  (508) 665-4310
Fax:  (508) 665-4313

Dated:  June 23, 2015

- 6 -

# CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2015, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Harold L. Lichten
Benjamin Weber
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116

Charles D. Boddy
Raquel D. Ruano
Office of the City Attorney
200 Common St., Ste. 306
Lawrence, MA 01840

Kerry Regan Jenness
City of Methuen
Office of the City Solicitor
41 Pleasant St., Suite 311
Methuen, MA 01844

Tim D. Norris
Joshua R. Coleman
Collins, Loughran & Peloquin P.C.
320 Norwood Park South
Norwood, MA 02062

Susan M. Weise
Lisa Skehill Make
City of Boston Law Department
One City Hall Plaza, Room 615
Boston, MA 02201

Stephen Churchill
Fair Work, P.C.
192 South Street, Suite 450
Boston, MA 02111

Anne L. Radazzo
25 Westwind Dr.
Methuen, MA 01844

Iraida J. Alvarez
Robert L. Quinan, Jr.
Sookyoung Shin
MA Attorney General's Office
1 Ashburton Place, 20th Floor
Boston, MA 02108

Kay H. Hodge
John M. Simon
Stoneman, Chandler & Miller LLP
99 High St., Suite 1601
Boston, MA 02110

Robert P. Morris
Morgan, Brown & Joy LLP
200 State St.,11th Fl.
Boston, MA 02109

Maurice Martin Cahillane
Egan, Flanagan & Cohen PC
67 Market St.
Springfield, MA 01102

Edward M. Pikula
Anthony I. Wilson
John T. Liebel
City of Springfield
Law Department
36 Court St.
Springfield, MA 01103

William G. Cullinan
O'Connor Martinelli & Cohn
1391 Main St., Ste. 1022
Springfield, MA 01103

Kevin Sean McDermott
MBTA Law Department
10 Park Plaza, Suite 7760
Boston, MA 02116

James F. Kavanaugh
Christopher K. Sweeney
Conn Kavanaugh Rosenthal Peisch &
Ford, LLP
Ten Post Office Square
Boston, MA 02109

Christine P. O'Connor, City Solicitor
Rachel Brown, Assistant City Solicitor
City of Lowell Law Department
375 Merrimack Street, 3rd Floor
Lowell MA 01852-5909

/s/ *Christopher J. Petrini*
Christopher J. Petrini (C.A.B. 1136164)

*2015.06.23 Motion for Leave to File Amicus Brief (2700-71)*