## Corporate Disclosure Statement

Appellees Massachusetts Bay Transportation Authority, Daniel Grabauskas, in his capacity as General Manager, and the Board of Trustees for the Massachusetts Bay Transportation Authority (the "MBTA Appellees") hereby state pursuant to Fed. R. App. P. 26.1 that the MBTA Appellees have no parent corporation, have issued no stock, and that no publicly-held corporation owns any such stock.