# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 14-1952        **Short Title:** Lopez, et al v. City of Lawren

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

City of Springfield and Domenic Sarno _____ as the

[ ] appellant(s)        [✓] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ John T. Liebel                          June 24, 2015
Signature                                   Date

John T. Liebel
Name

City of Springfield Law Department          413-787-7013
Firm Name (if applicable)                   Telephone Number

36 Court Street                             413-787-6173
Address                                     Fax Number

Springfield, MA 01108                       jliebel@springfieldcityhall.com
City, State, Zip Code                       Email (required)

Court of Appeals Bar Number: 1029462

Has this case or any related case previously been on appeal?

[✓] No         [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).