# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

|  |  |
|---|---|
| PEDRO LOPEZ, et al.<br><br>    Plaintiffs-Appellants,<br><br>v.<br><br>CITY OF LAWRENCE, et al.,<br><br>    Defendants-Appellees | Case No. 14-1952 |

## PLAINTIFFS-APPELLANTS' ASSENTED-TO MOTION FOR A 14-DAY EXTENSION TO FILE REPLY BRIEF

  Plaintiffs-Appellants' reply brief in this matter is currently due on July 13, 2015. Pursuant to Federal Rules of Appellate Procedure 26 and 27, Plaintiffs-Appellants hereby request a 14-day extension – until July 27, 2015 – to file their reply brief. The grounds for this motion are as follows:

  1. The Plaintiffs must reply to seven separate opposition briefs filed by the Appellees totaling approximately 232 pages.

  2. Lead counsel for the Appellants, Harold Lichten, will be in Kentucky from July 13 to July 19 while his daughter competes in the North American Young Rider Championships.

  3. The Court has previously granted an extension of 66 days for the Appellants to file their opening brief and 79 days of extensions to the Appellees to file their opposition briefs.

  4. An extension of 14 days, to July 27, 2015, will allow Plaintiffs' counsel adequate time to prepare and file their brief. This appeal involves very important issues under Title VII of the Civil Rights act, and follows an 18 day trial, involving complex statistical and validation

expert testimony. Thus granting this extension will enable plaintiffs to properly prepare their reply.

5.     Counsel for all of the Defendants-Appellees were notified of this motion and counsel for the City of Methuen, City of Springfield, City of Lowell, and the MBTA have assented to the request for an extension while counsel for the City of Boston, the City of Worcester, and the City of Lawrence have not responded.

For the forgoing reasons, Plaintiffs-Appellants request an extension of time of 14 days to file their reply brief, until July 27, 2015.

                Respectfully submitted,
                PEDRO LOPEZ, et al.
                By their attorneys,


                /s/ Harold Lichten
                Harold Lichten, BBO#549689
                Benjamin Weber, BBO#673736
                Lichten & Liss-Riordan, P.C.
                729 Boylston Street, Suite 2000
                Boston, MA 02114
                (617) 994-5800
                hlichten@llrlaw.com
                bweber@llrlaw.com


                Stephen Churchill
                Fair Work, P.C.
                192 South Street, Suite 450
                Boston, MA 02111
                (617) 607-3262
                steve@fairworklaw.com

DATED:  July 9, 2015

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 9, 2015, I caused a true copy of this document to be sent via the court's CM/ECF system to all counsel of record.

                                       /s/ Harold L. Lichten
                                       Harold L. Lichten, Esq.