# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

|  |  |
|---|---|
| PEDRO LOPEZ, et al. | ) |
| Plaintiffs-Appellants, | ) Case No. 14-1952 |
| v. | ) |
| CITY OF LAWRENCE, et al., | ) |
| Defendants-Appellees | ) |

## PLAINTIFFS-APPELLANTS' ASSENTED-TO MOTION FOR A TWO-DAY EXTENSION TO FILE REPLY BRIEF

Plaintiffs-Appellants previously asked for, and were granted, a 14-day extension for filing their reply brief in this matter, which is currently due on July 27, 2015. Pursuant to Federal Rules of Appellate Procedure 26 and 27, Plaintiffs-Appellants hereby request an additional extension of two days – until July 29, 2015 – to file their reply brief. The grounds for this motion are as follows:

1.  The Plaintiffs must reply to seven separate opposition briefs filed by the Appellees totaling approximately 232 pages. Additionally, this appeal involves very important issues under Title VII of the Civil Rights Act, and follows an 18 day trial, involving complex statistical and validation expert testimony.

2.  Lead counsel for the Appellants, Harold Lichten, will be taking a deposition in Facey v. City of Boston, et al., Suffolk Superior Ct., No. Civ. A. No. 14-1267A on Monday, July 27, 2015.

3.  In addition to granting the Plaintiffs-Appellants first request for a 14-day extension for filing their reply brief, the Court has previously granted an extension of 66 days for

the Appellants to file their opening brief and 79 days of extensions to the Appellees to file their opposition briefs.

  4. An extension of two days, to July 29, 2015, will allow Plaintiffs' counsel adequate time to prepare and file their brief. Thus granting this extension will enable plaintiffs to properly prepare their reply.

  5. Counsel for all of the Defendants-Appellees were notified of this motion and counsel for the City of Lowell has assented to the request for an extension while counsel for the other appellees have not responded.

  For the forgoing reasons, Plaintiffs-Appellants request an extension of time of two days to file their reply brief, until July 29, 2015.

            Respectfully submitted,
            PEDRO LOPEZ, et al.
            By their attorneys,


            /s/ Harold Lichten
            Harold Lichten, BBO#549689
            Benjamin Weber, BBO#673736
            Lichten & Liss-Riordan, P.C.
            729 Boylston Street, Suite 2000
            Boston, MA 02114
            (617) 994-5800
            hlichten@llrlaw.com
            bweber@llrlaw.com


            Stephen Churchill
            Fair Work, P.C.
            192 South Street, Suite 450
            Boston, MA 02111
            (617) 607-3262
            steve@fairworklaw.com

DATED:  July 24, 2015

## CERTIFICATE OF SERVICE

I hereby certify that, on July 24, 2015, I caused a true copy of this document to be sent via the court's CM/ECF system to all counsel of record.

　　　　　　　　　　　　　　　　　　　　/s/ Harold L. Lichten
　　　　　　　　　　　　　　　　　　　　Harold L. Lichten, Esq.