## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

_____

PEDRO LOPEZ, et al.          )

                 )     Case No. 14-1952

         Plaintiffs-Appellants,     )

                 )

      v.                    )

                 )

CITY OF LAWRENCE, et al.,     )

                 )

         Defendants-Appellees     )

_____ )

### REVISED PLAINTIFFS-APPELLANTS' ASSENTED-TO MOTION FOR A TWO-DAY EXTENSION TO FILE REPLY BRIEF

Plaintiffs-Appellants previously asked for, and were granted, a 14-day extension for filing their reply brief in this matter, which is currently due on July 27, 2015. Pursuant to Federal Rules of Appellate Procedure 26 and 27, Plaintiffs-Appellants hereby request an additional extension of two days – until July 29, 2015 – to file their reply brief. The grounds for this motion are as follows:

1.      The Plaintiffs must reply to seven separate opposition briefs filed by the Appellees totaling approximately 232 pages. Additionally, this appeal involves very important issues under Title VII of the Civil Rights Act, and follows an 18 day trial, involving complex statistical and validation expert testimony.

2.      Lead counsel for the Appellants, Harold Lichten, will be taking a deposition in <u>Facey v. City of Boston, et al.</u>, Suffolk Superior Ct., No. Civ. A. No. 14-1267A on Monday, July 27, 2015.

3.      Co-counsel for the Appellants, Stephen Churchill, is on vacation until August 10 and has been working on the brief remotely.

4.      In addition to granting the Plaintiffs-Appellants first request for a 14-day extension for filing their reply brief, the Court has previously granted an extension of 66 days for the Appellants to file their opening brief and 79 days of extensions to the Appellees to file their opposition briefs.

5.      An extension of two days, to July 29, 2015, will allow Plaintiffs' counsel adequate time to prepare and file their brief. Thus granting this extension will enable plaintiffs to properly prepare their reply.

6.      Counsel for all of the Defendants-Appellees were notified of this motion and counsel for the City of Lowell and City of Springfield have assented to the request for an extension, while counsel for the other appellees have not responded.

For the forgoing reasons, Plaintiffs-Appellants request an extension of time of two days to file their reply brief, until July 29, 2015.

Respectfully submitted,
PEDRO LOPEZ, et al.
By their attorneys,


/s/ Harold Lichten
Harold Lichten, BBO#549689
Benjamin Weber, BBO#673736
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02114
(617) 994-5800
hlichten@llrlaw.com
bweber@llrlaw.com


Stephen Churchill
Fair Work, P.C.
192 South Street, Suite 450
Boston, MA 02111
(617) 607-3262
steve@fairworklaw.com

DATED:  July 24, 2015

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on July 24, 2015, I caused a true copy of this document to be sent

via the court's CM/ECF system to all counsel of record.

_/s/ Harold L. Lichten_____
Harold L. Lichten, Esq.