# United States Court of Appeals
## For the First Circuit

_____

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 14-1952

Case Name: Lopez, et al. v. City of Lawrence, Massachusetts, et al.

Date of Argument: 10/07/2015

Location of Argument:  ✔ Boston    ☐ Puerto Rico    ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
City of Lowell and Appointing Authority for the City of Lowell

Attorney Name: Rachel M. Brown          First Circuit Bar No.: 123539

Phone Number: 978-670-4050              Fax Number: 978-453-1510

Email: rbrown@lowellma.gov

Check the box that applies:

✔ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

/s/ Rachel M. Brown                     9/14/15
(Signature)                             (Date)

PLEASE NOTE:  Only arguing counsel will be notified by phone when the opinion is released.