# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 14-1952

Case Name: Lopez, et al. v. City of Lawrence, et al.

Date of Argument: 10/07/15

Location of Argument: ☒ Boston   ☐ Puerto Rico   ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Appellants Lopez, et al.

Attorney Name: Harold Lichten          First Circuit Bar No.: 22114
Phone Number: 617.994.5800             Fax Number: 617.994.5801
Email: hlichten@llrlaw.com

Check the box that applies:

☒ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

/s/Harold Lichten                      9/14/15
(Signature)                            (Date)

PLEASE NOTE: Only arguing counsel will be notified by phone when the opinion is released.