# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 14-1952

Case Name: Lopez et al v City of Lawrence, Massachusetts et al

Date of Argument: October 7, 2015

Location of Argument: [✓] Boston    [ ] Puerto Rico    [ ] Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
City of Methuen, Massachusetts and William Manzi, III in his capacity as Mayor of the City of Methuen

Attorney Name: Kerry Regan Jenness          First Circuit Bar No.: 87787

Phone Number: 978-983-8575                  Fax Number: 978-983-8981

Email: krjenness@ci.methuen.ma.us

Check the box that applies:

[✓] I have already filed an appearance in this matter.

[ ] I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_____ (Signature)          9.14.15 (Date)

PLEASE NOTE: Only arguing counsel will be notified by phone when the opinion is released.