Case: 14-1952    Document: 00116887533    Page: 1    Date Filed: 09/14/2015    Entry ID: 5936661

# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 14-1952

Case Name: Lopez, et al. v. City of Lawrence, et al.

Date of Argument: October 7, 2015

Location of Argument: [✔] Boston    [ ] Puerto Rico    [ ] Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Appellee City of Boston

Attorney Name: Kay H. Hodge                First Circuit Bar No.: 11284

Phone Number: (617) 542-6789               Fax Number: (617) 556-8989

Email: khodge@scmllp.com

Check the box that applies:

[✔] I have already filed an appearance in this matter.

[ ] I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_____/s/Kay H. Hodge_____                _____September 14, 2015_____
(Signature)                                              (Date)

PLEASE NOTE: Only arguing counsel will be notified by phone when the opinion is released.