# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 14-1952

Case Name: Lopez et al v. City of Lawrence et al

Date of Argument: October 7, 2015

Location of Argument:  ✓ Boston   ☐ Puerto Rico   ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
City of Lawrence and Its Mayor, appellees

Attorney Name: Raquel D. Ruano           First Circuit Bar No.: 1153249

Phone Number: 978-620-3034               Fax Number: 978-722-9150

Email: RRuano@cityoflawrence.com

Check the box that applies:

✓ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_____       9/8/2015
(Signature)                     (Date)

PLEASE NOTE: Only arguing counsel will be notified by phone when the opinion is released.