# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 14-1952

Case Name: Lopez, et al. v. City of Lawrence, et al.

Date of Argument: 10/07/15

Location of Argument: ☑ Boston ☐ Puerto Rico ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Appellants Lopez, et al.

Attorney Name: Stephen ChurchillFirst Circuit Bar No.: 30464

Phone Number: 617.607.3262Fax Number: _____

Email: steve@fairworklaw.com

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

/s/ Stephen Churchill9/14/15
(Signature)(Date)

PLEASE NOTE: Only arguing counsel will be notified by phone when the opinion is released.