Case: 14-1952     Document: 00116887865     Page: 1     Date Filed: 09/14/2015     Entry ID: 5936843

# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 14-1952

Case Name: Lopez, et al. v. City of Lawrence, et al.

Date of Argument: October 7, 2015

Location of Argument:  ✔ Boston    ☐ Puerto Rico    ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Appellees Massachusetts Bay Transportation Authority, Daniel Grabauskas, and Board of Trustees of the Massachusetts Bay Transportation Authority

Attorney Name: James F. Kavanaugh, Jr.          First Circuit Bar No.: 39984

Phone Number: 617-482-8200                     Fax Number: 617-482-6444

Email: jkavanaugh@connkavanaugh.com

Check the box that applies:

✔ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_____/s/James F. Kavanaugh, Jr._____          _____September 14, 2015_____
              (Signature)                                    (Date)

PLEASE NOTE:  Only arguing counsel will be notified by phone when the opinion is released.