UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| PEDRO LOPEZ, et al. )<br>)<br>Appellants, )<br>)<br>v. )<br>)<br>CITY OF LAWRENCE, et al., )<br>)<br>Appellees. )<br>) | Case No. 14-1952 |

**PLAINTIFFS-APPELLANTS' AND DEFENDANTS-APPELLEES'
JOINT MOTION REGARDING ORAL ARGUMENT**

The parties jointly move for an order establishing a time allotment schedule for oral argument, scheduled in this matter for October 7, 2015, as set forth below. The schedule agreed to and proposed by the parties below is consistent with this Court's rules for oral argument and is designed to permit the parties to fully and fairly argue and respond to arguments raised in support of their respective positions. To this end, the parties propose the following schedule:

1. Each side will be provided 45 minutes.

2. The Appellants time will be divided as follows:

    a. Appellants;

    b. The Department of Justice (*motion pending*);

3. The Appellees time will be allotted as follows:

a. City of Boston  - 15 minutes;

b. The MBTA  - 15 minutes;

c. The City of Lowell  - 5 minutes;

d. The City of Worcester - 5 minutes;

e. The City of Springfield  - 5 minutes;

f. The City of Lawrence will defer its time to the other Appellees;

g. The City of Methuen will defer its time to the other Appellees.

Respectfully submitted,

PEDRO LOPEZ, et al.
By their attorneys,

/s/ Harold Lichten
Harold Lichten, (C.A.B. 22114)
Benjamin Weber, (C.A.B. 1159650)
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
hlichten@llrlaw.com
bweber@llrlaw.com

Stephen Churchill (C.A.B. 30464)
Fair Work, P.C.
192 South Street, Suite 450
Boston, MA 02111
(617) 607-3262
steve@fairworklaw.com

CITY OF BOSTON,

/S/ Kay H. Hodge
Kay H. Hodge (C.A.B. 11284)

John M. Simon (C.A.B. 86185)
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789

Susan M. Weise (C.A.B. 5682)
Lisa Skehill Maki (C.A.B. 1140641)
City of Boston Law Department
1 City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4040

CITY OF LAWRENCE and JOHN MICHAEL SULLIVAN in his capacity as MAYOR,

/s/ Raquel D. Ruano
Charles Boddy (C.A.B. 6963)
Raquel D. Ruano, (C.A.B. 1153249)
Office of the City Attorney
200 Common Street, Suite 306
Lawrence, MA 01840
(978) 620-3030

CITY OF LOWELL AND APPOINTING AUTHORITY FOR THE CITY OF LOWELL,

/s/ Rachel M. Brown
Rachel M. Brown (C.A.B. 123539)
Christine Patricia O'Connor (C.A.B. 55980)
Office of the City Solicitor
City of Lowell, Law Department
City Hall, 375 Merrimack Street, 3rd Floor
Lowell, MA 01852-5909
(978) 970-4050

CITY OF METHUEN and WILLIAM MANZI, III, in his capacity as Mayor,

/s/ Kerry R. Jenness
Kerry R. Jenness (C.A.B. 87787)

City of Methuen
Office of the City Solicitor
41 Pleasant St., Suite 311
Methuen, MA 01844
(978) 983-8576

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,
DANIEL GRABAUSKAS, in his capacity as General
Manager, and BOARD OF TRUSTESS OF THE
MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,

/s/ James F. Kavanaugh
James F. Kavanaugh (C.A.B. 39984)
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482- 8200

CITY OF SPRINGFIELD and DOMENIC J. SARNO,
in his capacity of Mayor,

/s/ Edward M. Pikula
Edward M. Pikula (C.A.B. 10464)
John Thomas Liebel (C.A.B. 1029462)
Anthony I. Wilson (C.A.B. 1157353)
City of Springfield Law Department
36 Court Street, Room 210
Springfield, MA  01103
(413) 787-6085

CITY OF WORCESTER, CITY MANAGER OF WORCESTER, and
MAYOR OF WORCESTER,

/s/ Tim D. Norris
Tim D. Norris (C.A.B. 7834)
Joshua Ryan Coleman (C.A.B. 1145285)
Collins Loughran & Peloquin, P.C.
320 Norwood Park
Norwood, MA  02062
(781) 762-2229


Dated:  September 16, 2015


## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on this date.


September 16, 2015                    /s/ Rachel M. Brown
                                      Rachel M. Brown