# United States Court of Appeals
## For the First Circuit

**Designation of Attorney Presenting Oral Argument**

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 14-1952

Case Name: Lopez, et al. v. City of Lawrence, et al.

Date of Argument: 10-07-15

Location of Argument: ✔ Boston     ☐ Puerto Rico     ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
The United States, as Amicus Curiae (in support of Plaintiffs-Appellants)

Attorney Name: Bonnie I. Robin-Vergeer     First Circuit Bar No.: 76876

Phone Number: (202) 353-2464     Fax Number: (202) 514-8490

Email: Bonnie.Robin-Vergeer@usdoj.gov

Check the box that applies:

✔ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

s/ Bonnie I. Robin-Vergeer     9/25/15
(Signature)     (Date)

PLEASE NOTE:   Only arguing counsel will be notified by phone when the opinion is released.

**Print**     **Reset**