# United States Court of Appeals
## For the First Circuit

No. 14-1952

PEDRO LOPEZ, Individually and on behalf of a class of individuals similarly situated; ABEL CANO, Individually and on behalf of a class of individuals similarly situated; KEVIN SLEDGE, Individually and on behalf of a class of individuals similarly situated; CHARLES DEJESUS, Individually and on behalf of a class of individuals similarly situated; RICHARD BROOKS, Individually and on behalf of a class of individuals similarly situated; MA HISPANIC LAW ENFORCEMENT ASSOCIATION, Individually and on behalf of a class of individuals similarly situated; ROBERT ALVAREZ, Individually and on behalf of a class of individuals similarly situated; SPENCER TATUM, Individually and on behalf of a class of individuals similarly situated; SHUMEAND BENFOLD, Individually and on behalf of a class of individuals similarly situated; ANGELA WILLIAMS-MITCHELL, Individually and on behalf of a class of individuals similarly situated; GWENDOLYN BROWN, Individually and on behalf of a class of individuals similarly situated; LYNETTE PRAILEAU, Individually and on behalf of a class of individuals similarly situated; TYRONE SMITH, Individually and on behalf of a class of individuals similarly situated; EDDY CHRISPIN, Individually and on behalf of a class of individuals similarly situated; DAVID E. MELVIN, Individually and on behalf of a class of individuals similarly situated; STEVEN MORGAN, Individually and on behalf of a class of individuals similarly situated; WILLIAM E. IRAOLO, Individually and on behalf of a class of individuals similarly situated; JOSE LOZANO, Individually and on behalf of a class of individuals similarly situated; COURTNEY A. POWELL, Individually and on behalf of a class of individuals similarly situated; JAMES L. BROWN, Individually and on behalf of a class of individuals similarly situated; GEORGE CARDOZA, Individually and on behalf of a class of individuals similarly situated; LARRY ELLISON, Individually and on behalf of a class of individuals similarly situated; DAVID SINGLETARY, Individually and on behalf of a class of individuals similarly situated; CHARISSE BRITTLE POWELL, Individually and on behalf of a class of individuals similarly situated; CATHENIA D. COOPER-PATERSON, Individually and on behalf of a class of individuals similarly situated; MOLWYN SHAW, Individually and on behalf of a class of individuals similarly situated; LAMONT ANDERSON, Individually and on behalf of a class of individuals similarly situated; GLORIA KINKEAD, Individually and on behalf of a class of individuals similarly situated; KENNETH GAINES, Individually and on behalf of a class of individuals similarly situated; MURPHY GREGORY, Individually and on behalf of a class of individuals similarly situated; JULIAN TURNER, Individually and on behalf of a class of individuals similarly situated; NEVA GRICE, Individually and on behalf of a class of individuals similarly situated; DELORES E. FACEY, Individually and on behalf of a class of individuals similarly situated; LISA VENUS, Individually and on behalf of a class of individuals similarly situated; RODNEY O. BEST, Individually and on behalf of a class of individuals similarly situated; KAREN VANDYKE, Individually and on behalf of a class of individuals similarly situated; ROBERT C. YOUNG, Individually and on behalf of a class of individuals similarly situated; ROYLILNE LAMB, Individually and on behalf of a class of individuals similarly situated; LYNN DAVIS, Individually and on behalf of a class of individuals similarly

situated; JAMES A. JACKSON, Individually and on behalf of a class of individuals similarly situated; JUAN ROSARIO, Individually and on behalf of a class of individuals similarly situated; LOUIS ROSARIO, JR., Individually and on behalf of a class of individuals similarly situated; OBED ALMEYDA, Individually and on behalf of a class of individuals similarly situated; DEVON WILLIAMS, Individually and on behalf of a class of individuals similarly situated; JULIO M. TOLEDO, Individually and on behalf of a class of individuals similarly situated

Plaintiffs - Appellants

MARISOL NOBREGA, Individually and on behalf of a class of individuals similarly situated

Plaintiff

v.

CITY OF LAWRENCE, MASSACHUSETTS; CITY OF METHUEN, MASSACHUSETTS; COMMONWEALTH OF MASSACHUSETTS; PAUL DIETL, In his capacity as Personnel Administrator for the Commonwealth of Massachusetts; JOHN MICHAEL SULLIVAN, In his capacity as Mayor of the City of Lawrence, Massachusetts; WILLIAM MANZI, III, In his capacity as Mayor of Methuen, Massachusetts; CITY OF LOWELL; CITY OF WORCESTER, MASSACHUSETTS; APPOINTING AUTHORITY FOR THE CITY OF LOWELL; MICHAEL O'BRIEN, In his capacity as City Manager of the City of Worcester Massachusetts; BOSTON, MA; SPRINGFIELD, MA; DOMENIC J. SARNO, JR., In his capacity as Mayor for the City of Springfield; MA BAY TRANSPORTATION AUTHORITY; DANIEL GRABAUSKAS, In his capacity as General Manager; BOARD OF TRUSTEES, of the Massachusetts Bay Transportation Authority

Defendants - Appellees

WILLIAM F. MARTIN, In his capacity as Mayor of the City of Lowell, Massachusetts; KONSTANTINA B. LUKES, In her capacity as Mayor of the City of Worcester, Massachusetts

Defendants

_____

**ORDER OF COURT**

Entered: October 16, 2015

Treating appellants' letter following oral argument as a request for leave to file same, it is denied and the letter is hereby stricken. The court did not request the letter. Furthermore, rather than drawing the court's attention to supplemental authority in compliance with F. R. App. P. 28(j), the letter contains only citations to and characterizations of snippets of the testimony of a witness, all of which testimony the court has already read in its entirety and with which it remains familiar.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Iraida J. Alvarez
Charles D. Boddy, Jr.
Mark S. Brodin
Christopher L. Brown
Rachel M. Brown
Stephen C. Churchill
Joshua R. Coleman
Kevin M. Costello
Michael L. Foreman
Kay H. Hodge
Kerry R. Jenness
James F. Kavanaugh, Jr.
Gary Klein
Harold L. Lichten
John T. Liebel
Shannon Liss-Riordan
Lisa Skehill Maki
Ray McClain
Kevin S. McDermott
Sharon M. McGowan
Peter L. Mello
Robert P. Morris
Tim D. Norris
Christine P. O'Connor
Christopher J. Petrini
Edward M. Pikula
Robert L. Quinan, Jr.
Bonnie I. Robin-Vergeer
Raquel D. Ruano
Sookyoung Shin
John M. Simon
Christopher K. Sweeney
Benjamin Weber
Susan M. Weise
Anthony I. Wilson