# LICHTEN & LISS-RIORDAN, P.C.

ATTORNEYS AT LAW

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS  02116
_____

TELEPHONE  617-994-5800
FACSIMILE  617-994-5801

WWW.LLRLAW.COM

HAROLD L. LICHTEN†
SHANNON LISS-RIORDAN◊

BENJAMIN J. WEBER□
PETER M. DELANO
MATTHEW W. THOMSON
JILL S. KAHN◊
ADELAIDE H. PAGANO
THOMAS P. FOWLER◊

†ALSO ADMITTED IN MAINE
◊ALSO ADMITTED IN NEW YORK
□ALSO ADMITTED IN TENNESSEE

November 16, 2015

**VIA ECF**

Margaret Carter, Clerk of Court
United States First Circuit Court of Appeals
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2500
Boston, MA 02210

  Re: Pedro Lopez, et al. v. City of Lawrence, et al.
     No. 14-1952

Dear Ms. Carter:

  Pursuant to Fed. R. App. P. 28(j), Plaintiffs-Appellants advise the Court of the decision Judge William Young issued today granting judgment in favor of the plaintiffs in Smith v. City of Boston, Civ. A. No. 12-10291 (Nov. 16, 2015 D. Mass.) (ECF No. 199).  Attached as Ex. A.

            Respectfully submitted,

            /s/ *Harold Lichten*
            Harold Lichten

  cc: All Counsel (via ECF)