UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

|  |  |
|---|---|
| PEDRO LOPEZ, et al.<br><br>            Plaintiffs-Appellants,<br><br>v.<br><br>CITY OF LAWRENCE, et al.,<br><br>            Defendants-Appellees | Case No. 14-1952 |

**MOTION TO FILE THREE-PAGE REPLY TO DEFENDANTS' "RESPONSE TO CITATION OF SUPPLEMENTAL AUTHORITIES" AND IN LIGHT OF THE DISTRICT COURT'S DECISION IN SMITH v. CITY OF BOSTON**

      Plaintiffs, by their counsel, hereby file this motion requesting permission to file a reply, limited to three pages, to address arguments recently made in defendants' "response to citation of supplemental authorities" filed on December 4, 2015, and to address the significance of the District Court's decision in Smith v. City of Boston, No. 12-10291-WGY, 2015 WL 7194554 (D. Mass. Nov. 16, 2015) to this case. In support of this motion, plaintiffs' counsel states as follows:

1. The decision in Smith v. City of Boston involves the same 2008 police promotional process at issue in this case, and all of the test questions in Lopez are the same questions used in Smith.

2. In their response to the plaintiffs' notice of supplemental authority providing this court with the Smith decision, defendants have made a number of new arguments to which plaintiffs have not had a chance to respond.

3. Because the <u>Smith</u> case and the <u>Lopez</u> case involve the virtually identical exam, and the identical legal issues, plaintiffs believe that it is appropriate to permit them to file a reply, of no more than three pages, to address the significance of this decision to the current appeal.

Respectfully submitted,
PEDRO LOPEZ, et al.
By their attorneys,

/s/ Harold Lichten
Harold Lichten, BBO#549689
Benjamin Weber, BBO#673736
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02114
(617) 994-5800
hlichten@llrlaw.com
bweber@llrlaw.com

Stephen Churchill
Fair Work, P.C.
192 South Street, Suite 450
Boston, MA 02111
(617) 607-3262
steve@fairworklaw.com

DATED: December 11, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 11, 2015, I caused a true copy of this document to be sent via the court's CM/ECF system to all counsel of record.

/s/ Harold L. Lichten
Harold L. Lichten, Esq.