UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| PEDRO LOPEZ, et al. | ) |
|       Plaintiffs-Appellants, | ) Case No. 14-1952 |
| v. | ) |
| CITY OF LAWRENCE, et al., | ) |
|       Defendants-Appellees | ) |

**PLAINTIFFS-APPELLANTS' RESPONSE REGARDING SMITH V. CITY OF BOSTON**

Lopez and Smith both involve the 2008 exam, where 68 of the 80 questions on the sergeant's exam are also on the lieutenant's exam. Sealed Record Appendix, 25.[1] Judge Young characterized his holding on validity as a conclusion of law. Smith, 2015 WL 7194554, at *21-24 (D. Mass. Nov. 16, 2015). He ruled:

- The 1991 validation report, the 2000 job analysis, and the 2008 test outline "does not support the necessary inference that those who perform better on the exam can be better performers on the job primarily because the exam does not test a sufficient range of KSA's." *21

- The E&E component added nothing to the exam's validity. *22

- The test construction "was inadequate to support the heightened validity requirement necessary to rank candidates." *22-24

Judge O'Toole's conclusion that the same exam was "valid" constitutes a conclusion of law or at least a mixed question of law and fact. See Johnson v. City of Memphis, 770 F.3d 464, 473 (6th Cir. 2014); see also Monaghan, Constitutional Fact Review, 85 Colum. L. Rev. 229, 236 (1985) ("the legal sufficiency of the evidence may be viewed as the equivalent of a question

---

[1] The entire Lopez record was admitted as evidence in Smith and relied upon by the parties and the court. Id. at *5, 8-10, 16, 21 n. 21, 27.

of law"). Judge O'Toole's conclusion is not supported by subsidiary findings necessary to support the ultimate conclusion, and for that reason alone requires reversal. <u>Alexander v. Local 496 LIUNA</u>, 177 F.3d 394, 425 (6th Cir. 1999).

                Respectfully submitted,
                PEDRO LOPEZ, et al.
                By their attorneys,

                <u>/s/ Harold Lichten</u>
                Harold Lichten, #22114
                Benjamin Weber, #1159650
                Lichten & Liss-Riordan, P.C.
                729 Boylston Street, Suite 2000
                Boston, MA 02114
                (617) 994-5800
                hlichten@llrlaw.com
                bweber@llrlaw.com

                Stephen Churchill, #30464
                Fair Work, P.C.
                192 South Street, Suite 450
                Boston, MA 02111
                (617) 607-3262
                steve@fairworklaw.com

DATED:  December 22, 2015

## CERTIFICATE OF SERVICE

I hereby certify that, on December 22, 2015, I caused a true copy of this document to be sent via the court's CM/ECF system to all counsel of record.

                                            /s/ Harold L. Lichten
                                            Harold L. Lichten, Esq.