No. 14-1952

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
_____

PEDRO LOPEZ, et al.
Plaintiffs-Appellants
v.
CITY OF LAWRENCE, et al.
Defendants-Appellees
_____

**MOTION TO CORRECT OPINION**

Amicus curaie, the Massachusetts Municipal Association ("MMA"), hereby moves to correct the opinion in the above-captioned matter issued by the Court on May 18, 2016. While the MMA had joined in the brief filed on behalf of the International Municipal Lawyers Association, the Massachusetts Municipal Lawyers Association, and several other parties, the Court's May 18, 2016 opinion does not reflect that the MMA was also an amicus on the brief.

WHEREFORE, Amicus Curiae, the Massachusetts Municipal Association, respectfully requests that the Court issue a corrected opinion reflecting the MMA's participation as an amicus curiae in this matter.

Respectfully submitted,

MASSACHUSETTS MUNICIPAL ASSOCIATION,

By its attorneys,

/s/ *Christopher L. Brown*
Christopher J. Petrini (C.A.B. 1136164)
cpetrini@petrinilaw.com
Christopher L. Brown (C.A.B. 1170459)
cbrown@petrinilaw.com
Petrini & Associates, P.C.
372 Union Avenue
Framingham, MA 01702
Phone: (508) 665-4310
Fax: (508) 665-4313

Dated: May 19, 2016

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ *Christopher L. Brown*___
Christopher L. Brown

*2016.05.19 Motion to Correct Opinion to Include Amicus Party (2700-71)*