# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____
)
PEDRO LOPEZ, et al.                                )
                                                              )      Case No. 14-1952
            Plaintiffs-Appellants,            )
                                                              )
    v.                                                     )
                                                              )
CITY OF LAWRENCE, et al.,                )
                                                              )
            Defendants-Appellees         )
_____)

## PLAINTIFFS-APPELLANTS' ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING AND REHEARING EN BANC

Pursuant to Fed. R. App. P. 26(b), Plaintiffs-Appellants respectfully move for a 14-day extension of the deadline for filing a petition for panel rehearing and rehearing en banc. Appellants have not previously requested an extension.

On May 18, 2016, this Court issued a 2-1 opinion in this case affirming the district court's order finding that the use of a police sergeant's promotional examination by the City of Boston, several other Massachusetts municipalities, and the Massachusetts Bay Transportation Authority ("MBTA") in 2005 and 2008 did not constitute disparate impact racial discrimination under Title VII, 42 U.S.C. § 2000e et seq. Appellants are currently evaluating that decision, along with the dissent, and are considering a petition for panel rehearing or rehearing en banc. The deadline for the filing any petition for rehearing or rehearing en banc is

1

currently June 1, 2016.  See Fed. R. App. P. 35(c)( Fed. R. App. P. 40(a)(1).  If the requested 14- extension is granted, any petition would be due on June 15, 2016.

Good cause exists for a 14-day extension in these proceedings.  First, the Court's 41-page majority opinion and seven-page dissenting opinion address several important issues regarding Title VII that will have serious implications for many of the cities and towns throughout Massachusetts.  Plaintiffs-Appellants ask for additional time to analyze the implications of the Court's wide-ranging opinion.

Second, Plaintiffs' lead counsel, Harold Lichten, is currently responding to a motion for summary judgment in Hargrove v. Sleepy's, No. 10-1138 (D.N.J.), involving claims by Sleepy's delivery drivers that they were misclassified as independent contractors under New Jersey state law, that is due by June 1, 2016.  The Sleepy's case has been extensively litigated since 2009, including a ruling from the New Jersey Supreme Court on a certified question from the Third Circuit which identified, for the first time, what the proper independent contractor test was to be applied under the New Jersey wage laws.  The defendant in Sleepy's filed a 50-page memorandum and a statement with 540 material facts in support of its motion for summary judgment that raises many issues of first impression under New Jersey law.

Counsel for the Defendants-Appellees have been notified of this motion and counsel for Boston, Lawrence, Lowell, Springfield, and the MBTA have assented

to the request for an extension while counsel for Methuen and Worcester have not responded.

A 14-day extension will allow Plaintiffs sufficient time to consider the Court's opinion and, if necessary, to draft and file a petition for rehearing or for rehearing en banc. An extension of time would not be prejudicial to the Defendants-Appellees.

For the forgoing reasons, Plaintiffs-Appellants request an extension of time of 14 days to file their petition for rehearing or for rehearing en banc, until June 15, 2016.

                                                 Respectfully submitted,
                                                 PEDRO LOPEZ, et al.
                                                 By their attorneys,

                                               /s/ Harold Lichten
                                             Harold Lichten, BBO#549689
                                             Benjamin Weber, BBO#673736
                                             Lichten & Liss-Riordan, P.C.
                                             729 Boylston Street, Suite 2000
                                             Boston, MA 02114
                                             (617) 994-5800
                                             hlichten@llrlaw.com
                                             bweber@llrlaw.com

                                             Stephen Churchill
                                             Fair Work, P.C.
                                             192 South Street, Suite 450
                                             Boston, MA 02111
                                             (617) 607-3262
DATED:  May 24, 2016                    steve@fairworklaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 24, 2016, I caused a true copy of this document to be sent via the court's CM/ECF system to all counsel of record.

/s/ Harold L. Lichten  
Harold L. Lichten, Esq.
