# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 20, 2016

Clerk
United States Court of Appeals for the First
Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

    Re: Pedro Lopez, et al., Individually and on Behalf of All Others
          Similarly Situated
          v. City of Lawrence, Massachusetts, et al.
          Application No. 16A290
          (Your No. 14-1952)

Dear Clerk:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Breyer, who on September 20, 2016, extended the time to and including December 9, 2016.

    This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by Lisa Nesbitt
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
**Clerk of the Court**
**(202) 479-3011**

NOTIFICATION LIST

Ms. Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street
Ste. 2000
Boston, MA  02116


Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

