# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 16, 2016

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210


      Re:  Pedro Lopez, et al.
          v. City of Lawrence, Massachusetts, et al.
          No. 16-770
          (Your No. 14-1952)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 9, 2016 and placed on the docket December 16, 2016 as No. 16-770.



Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst